UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA GARRETT,

      Plaintiff,

vs.

Case No. 8:16-cv-02999-VMC-AAS

CREDIT PROTECTION ASSOCIATION, LP,

      Defendant.

_____/

## DECLARATION OF DIANE E. EVANS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1. I, Diane E. Evans, after being duly sworn, testify as follows:

2. I am employed by Credit Protection Association, L.P. ("CPA"), as Collections Compliance Officer, and have been employed by CPA since 1982.

3. I am over the age of 18 and this declaration is based upon my personal knowledge and review of CPA's business records.

4. I am familiar with the allegations asserted by Plaintiff Angela Garrett against CPA and have reviewed the complaint in this lawsuit. I have searched CPA's business records and overseen the investigation conducted by CPA to attempt to ascertain the facts stated herein. I have personal knowledge of the matters described in this declaration.

5. On or about December 3, 2014, Bright House Networks assigned an account under the name of Angela Garrett to CPA for collection of an overdue amount owed to Bright House. It is the regular practice of CPA to make a contemporaneous record of all activity performed on an account as the activity is performed. Such activity is recorded in CPA's account records. *See* CPA's account records attached as ***Exhibit "A."***

6. Defendant CPA received the telephone number ending in 4687 from the creditor, Bright House Networks, to whom Angela Garrett owed the debt, as the contact telephone number provided to Bright House by Angela Garrett. See work order attached hereto as *Exhibit "B."*

7. On December 5, 2014, CPA sent Plaintiff an initial correspondence regarding the Bright House debt via U.S. mail. CPA's routine practice is to send the initial correspondence to the Plaintiff at the address CPA receives from the original creditor. In this case, the letter was sent to the Plaintiff at the 2614 Shilo Ct, Valrico, FL, 33596, the address indicated in CPA's account notes. The initial letter is notated as letter 7121 on CPA's account notes. CPA uses an outside vendor to produce its letters. The outside vendor does not keep copies of the actual letters that are mailed to debtors. However, an exemplar of letter 7121 is attached hereto as *Exhibit "C."*

8. The original letter 7121 would have been filled in with the proper amount due and the name of the original creditor (Bright House Networks), and included the section "Notice of Important Rights" on the reverse of the letter, as shown on Exhibit "C."

9. According to CPA's records, CPA never received any written correspondence from Plaintiff.

10. CPA conducted a search of its dialing system for all calls placed to the telephone number ending in 4687. The search resulted in the call log attached hereto as *Exhibit "D"* which shows 86 attempted calls to the telephone number ending in 4687. CPA attempted no more than 86 calls to the telephone number ending in 4687.

11. It is the regular practice of CPA to make a contemporaneous record of each call as it is made by CPA's telephone system. The record of each call includes the date, time, phone

number, and results of the call. "Exhibit D" constitutes the records made in the course of CPA's regular practice during calls to Plaintiff's telephone number ending in 4687.

12. The first call made by CPA to Plaintiff's telephone number ending in 4687 was on December 8, 2014.

13. The phone calls shown on "Exhibit D" show the date and time such calls were made. The time of the calls is recorded in Central Time.

14. CPA's call center hours are from 7:00 a.m. – 7:00 p.m. Monday through Thursday and Friday 7:00 a.m. -5:00 p.m. Central Time. CPA does not make telephone calls to debtors after 7:00 p.m. Central Time, except as set forth more fully below.

15. No telephone calls are made by CPA outside of its call center hours, except that in limited instances, the call center may remain open for a short time after normal business hours in the event of an especially large load of calls to manage. According to CPA's records, at no time did CPA ever call the phone number ending in 4687 after 7:29 central time.

16. As an additional safeguard to prevent calls outside allowable time frames, CPA compares the area code of the contact number provided with an assigned account with the zip code associated with that assigned account. If the area code and zip code are in the same time zone (in this case, both were in the Eastern Time Zone), CPA's telephone system will call that number only within the hours permitted by law in that area code and zip code (in this case, no earlier than 8:00 am and no later than 9:00 pm, Eastern Time). If the area code and zip code are not in the same time zone, CPA will only call the number between the hours of 10:00 am and 7:00 pm, which would be within allowed time limits anywhere in the continental United States.

17. CPA's telephone system records all connected calls and saves the recording.

18.     CPA's records reflect only one connected call with respect to calls to telephone number ending in 4687. On March 24, 2015, a CPA representative made contact with Plaintiff and Plaintiff requested that CPA stop calling her.

19.     The CPA representative made a notation in the account notes that CPA was no longer permitted to call Plaintiff at the telephone number ending in 4687. CPA made no further calls to Plaintiff with regard to the subject debt. See Exhibits "A" and "D."

FURTHER AFFIANT SAYETH NOT.

Under penalties of perjury, I declare that I have read the foregoing affidavit, and that the facts alleged are true.

*[Signature]*
DIANE E. EVANS

Dated: 6/12/17

## Account History

| | | | | | |
|---|---|---|---|---|---|
| **Our Account ID:** | 13852307 | **Status:** | LIT | **Report Date** | |
| **Customer:** | 018017 | SPECTRUM, FORMERLY BRIGHT HOUSE NETWORKS | | 11/4/2016 1:25PM | |
| **Account Number:** | 351757905 | | | | |
| **Received:** | 12/3/2014 | **Closed:** | 6/10/2015 | **Returned:** | |
| **Original Balance** | $717.73 | **Interest Rate:** | 0.00 | | |
| **Amount Paid:** | $0.00 | **Last Int Date:** | 12/3/2014 | | |
| **Current Balance:** | $630.73 | | | | |

### Debtors

| | | | | |
|---|---|---|---|---|
| **Name** | GARRETT, ANGELA | **SSN** 590509853 | **DOB** | |
| **OtherName** | | **HomePhone** 7274524687 | | |
| **Street1** | 2614 SHILO CT | **WorkPhone** | | |
| **Street2** | | | | |
| **CSZ** | VALRICO,FL 335960000 | | | |

### Payments

| Date | Type | Matched | Check No | Invoiced | Amount | Comment |
|---|---|---|---|---|---|---|
| 1/19/2015 | DA | N | | | $0.00 | |
| 1/19/2015 | DA | N | | | $57.00 | |

### Notes

| Date and Time | User | Action | Result | Comment |
|---|---|---|---|---|
| 12/4/2014 12:01AM | 1003 | CO | CO | DEBTOR EXTRACTED FOR CALL |
| 12/5/2014 12:01AM | 1003 | CO | CO | SENT LETTER NUMBER 7121 |
| 12/9/2014 12:01AM | 1003 | CO | CO | DEBTOR EXTRACTED FOR CALL |
| 12/30/2014 12:01AM | 1003 | CO | CO | SENT LETTER NUMBER 7122 |
| 1/7/2015 12:01AM | 1003 | CO | CO | DEBTOR EXTRACTED FOR CALL |
| 1/15/2015 12:01AM | CSCR28 | CO | CO | PLACED ON PERMANENT HOLD - CLIENT NOTIFIED 6 |
| 1/19/2015 12:03AM | 1003 | CO | CO | DEBTOR EXTRACTED FOR CALL |
| 1/19/2015 12:04AM | 1003 | CO | CO | SENT LETTER NUMBER 0031 |
| 1/19/2015 10:41AM | CR28 | CO | CO | PER CLIENT 630.73 SV BAL |
| 3/2/2015 12:01AM | IVR | CO | CO | RECEIVED STATEMENT REQUEST |
| 3/2/2015 12:02AM | 1003 | CO | CO | SENT LETTER NUMBER 0033 |
| 3/17/2015 12:01AM | IVR | CO | CO | RECEIVED STATEMENT REQUEST |
| 3/17/2015 12:02AM | IVR | CO | CO | RECEIVED STATEMENT REQUEST |
| 3/17/2015 12:03AM | 1003 | CO | CO | SENT LETTER NUMBER 0033 |
| 3/18/2015 12:01AM | 1003 | CO | CO | SENT LETTER NUMBER 0006 |
| 3/24/2015 6:46PM | CR54 | CO | CO | BAD#/KIERRAJ |
| 4/9/2015 12:01AM | 1003 | CO | CO | SENT LETTER NUMBER 6275 |
| 5/11/2015 12:01AM | 1003 | CO | CO | SENT LETTER NUMBER 6276 |
| 6/10/2015 12:01AM | 1003 | CO | CO | STRATEGY CHANGED STATUS CODE TO |
| 8/30/2015 7:41AM | WORKFLOW | +++++ | +++++ | Status Changed | AEX | CCB |
| 9/16/2015 10:42AM | SYSTEM | crupd | open | Open collection account submitted in credit bureau report file. |
| 2/18/2016 2:38PM | DECP10 | +++++ | +++++ | Status Changed | CCB | FRA |
| 2/18/2016 2:38PM | DECP10 | CO | CO | DELETED E-OSCAR FRAUD CLAIM/ DSP 006. SO |
| 2/22/2016 9:01AM | SYSTEM | crupd | delete | Account deletion submitted in credit bureau report file. |
| 3/22/2016 12:01PM | DECR80 | CO | CO | RCVD MAIL REQUESTING VALIDATION OF DEBT..KS |
| 10/19/2016 3:46PM | OPCR10 | +++++ | +++++ | Status Changed | FRA | LIT |
| 10/19/2016 3:46PM | OPCR10 | CO | CO | lawsuit filed - acct closed |

### Letter History

| Date Requested | Requested By | Date Processed | Letter Code | Description |
|---|---|---|---|---|

8223/1300/0130

BRIGHT HOUSE NETWORKS
9145 S FALKENBURG RD RIVERVIEW FL
(813) 624-6400

1001030568871028 0001

**bright house** 373 **WORK ORDER / RECEIPT**  PO: 1 OF 1

| TECHNICIAN | JOB DESCRIPTION | JOB # |
|---|---|---|
| 7999 | RECONNECT/RESTART | 938,651 |
| SALES REP | ORDER NUMBER | PRINT DATE |
| 83843 | 1001030568871028 0001 | 07/25/14 |

| SERVICE PHONE | SERV DATE | TIME | UNITS | CATG | REPRINT |
|---|---|---|---|---|---|
| 813-644-7932 | 07/26/14 | 4 2-4 | 001 | 01 | |

| HOME PHONE | CUSTOMER NUMBER | CALL FIRST | PRINT ID |
|---|---|---|---|
| 727-452-4687 | 1102562485840 | | NEXD |

GARRE T, ANGELA
2614 SHILO CT
VALRICO FL 33596-6321

ORDER REASONS: RELOC/TRANSFER

| CODE | QTY | DISC | DESCRIPTION | CHARGE |
|---|---|---|---|---|
| | | | WORK TO BE PERFORMED | |
| 1A | -1A | 1 | NO VIDEO | 0.00 |
| AA021 | -AA021 | 1 | REQSPRTNTO | 0.00 |
| D3D2V | -D3D2V | 1 | WRLSHMNET3 | 3.00 |
| M2C | -M2C | 1 | MODEM | ~~6.00~~ |
| RS | -RS | 1 | RR ONLY | ~~34.00~~ |
| 35A | -35A | 1 | 60MB WRLSD3 | 35.00 |

EQUIPMENT
OUTLET/ SERIAL NUMBER/ TYPE/OWNER
EQUIPMENT ADDRESS / COMPONENT
A / /
B E38BUA68H535193 / /
/ EMBEDDED MODEM
C / /
/ HSD

NOTES TO TECHNICIAN
1 PRE RR ONLY PICK UP EQ NO COD.

/SEC ACTIVATE #:       /SEC CONTACT PH#:       /SEC EMAIL REF:

/TYPE: RESID - 1 UNIT    /BGR: 28003700  /HE: FIBER/COUNTY    /HU TYPE: UNDERGROUND
/STATUS: SERV UPGRADED   /PO: OTHER 2    /TAG: 5762225

ACCOUNT #: 8223 13 013 5947702    CURR BAL: 0.00    DEL $: 0.00    DEL #: 000
MULTIPLE ACCOUNTS CUST:

PU ← AG  SACDHHPMF  KL 56
PU ← AG  SACFPSSLL  KL 56

Tag ID 2173450

EQUIPMEN

| COMPLETION DATE | START | STOP | COMPL TECH # | INSTALLER/CONTRACTOR SIGNATURE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/26/14 | 330P | 4:30PM | 7373 | | | | | INCOMPLETE CODE | |
| INSTALLATION TROUBLE SRC RESOLUTIONS CODES | | | | | | | | | |
| EF-1 | DD-1 | CY-2 | | | | | | | |

CASH AMOUNT COLLECTED
CHECK AMOUNT COLLECTED
TOTAL AMOUNT COLLECTED
COMMENTS:

COD 0.00

I (The Customer) UNDERSTAND THAT I AM RESPONSIBLE FOR ALL EQUIPMENT AND PAYMENT OF ALL APPLICABLE SERVICES AND PRODUCTS PROVIDED BY BRIGHT HOUSE NETWORKS. BY PROVIDING MY SIGNATURE BELOW, I UNDERSTAND AND ACKNOWLEDGE THAT AS A BRIGHT HOUSE NETWORKS CUSTOMER, I HAVE BEEN PROVIDED THE AGREEMENT FOR RESIDENTIAL SERVICES, THE ACCEPTABLE USE POLICY, AND THE PRIVACY NOTICE ("SUBSCRIBER POLICIES"), AND THAT I AGREE TO THE TERMS OF THE SUBSCRIBER POLICIES. IF I AM A HOME PHONE CUSTOMER, I EXPRESSLY ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND BHN'S 911/E911 NOTICES AS SET FORTH IN THE SUBSCRIBER POLICIES.

CUSTOMER SIGNATURE
DRIVERS LICENSE NUMBER: X6130-002-40-916-0    STATE
EXHIBIT B    PHONE NUMBER    SOCIAL SECURITY NUMBER
GARRETT/CPA - 000023
WHITE-OFC / GREEN-OFC / CANARY-OFC / PINK-CUSTOMER COPY
REV 4/2013

12-5-14

October 1, 2012
00-000000
9999999999999999
01744415261
John Doe

Service balance: $604.29
Equipment at: $916.50
Total Amount Due: $1,520.79

7121-0120

01744415261

#BWNFMBY **********SCH 3-DIGIT 028
#01744415261#

John Doe
Address#2
Address#1
Fall River, MA  02721-1607

Remit to:

ClientNameHere
ClientAddressHere#1
ClientAddressHere#2
ClientCityHere LA  55555-4444

02 01004006 00000000001744415261 0152079 6

October 1, 2012

7121-0120

Dear John Doe:

Be advised that your unpaid service balance has been turned over for collections and requires your attention.

Total Amount Due: $1,520.79
Service Amount Due: $604.29
Equipment: 4 Piece(s) Valued at $916.50
Original Creditor: ClientNameHere
CPA Reference #: 01744415261
Your SSN # XXX-XX-1912

### For information about your account, visit www.paycpa.com

* Pay online at: www.paycpa.com
* Call 888-745-3191 to pay by phone
* Mail payment in the enclosed envelope with the stub above

ClientNameHere has also reported that there are 4 piece(s) of unreturned cable equipment on your account. Please call 888-745-3191 for information on returning your equipment.

We look forward to assisting you in resolving this debt. Thank you for your prompt attention.



ACA INTERNATIONAL
The Association of Credit and Collection Professionals
Member

Get 30 more days to pay your bill
just go to billfloat.com/cpa
We've partnered with  billfloat

Please see reverse side for important information!



**We accept:**
* Visa®, MasterCard® & Discover®
* Checks
* MoneyGram Express Payments #5040
* Money Orders

© 1977-2013 Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX  75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

EXHIBIT C

GARRETT/CPA - 000008

# COLLECTION NOTICE
## AVISO IMPORTANTE DE COBRO

**CREDIT PROTECTION ASSOCIATION L.P.**
A NATIONWIDE COLLECTIONS COMPANY

FOLD TEAR AND RETURN ABOVE PORTION WITH YOUR PAYMENT
**ALWAYS PROTECT YOUR CREDIT RATING**



**THIS IS AN ATTEMPT TO COLLECT A DEBT**

EXHIBIT C        GARRETT/CPA - 000009

1

## PAYMENT NOTICE:

When you provide a check as payment you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

You authorize us to collect the state allowed service fee and any applicable sales tax through a draft or an electronic fund transfer from your account if your payment is returned unpaid.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

Your payment by check is your acknowledgement and acceptance of these terms. Checks received by Credit Protection Association may become the property of Credit Protection Association. State allowed service fees will be added to any check returned from the bank unpaid for any reason. The check maker may be subject to collection and possibly legal action if the check amount and fees are not paid.

## NOTICE OF IMPORTANT RIGHTS

The Fair Debt Collection Practices Act requires that we, as the debt collector, inform you that: unless you, within thirty days after receipt of this initial notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed valid by the debt collector. If you notify the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of judgment against you and mail it to you. If requested in writing within thirty days, the debt collector will also provide you with the name and address of the original creditor, if different from the current creditor.

The following states require that we provide residents in that state with the information below:

**In California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In Colorado:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca.

**In Maine:** (972) 991-3171 / Dallas Office Hours: 8:00 am to 5:30 pm CST Monday - Friday.

**In Massachusetts:** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR. You may contact us at (972) 991-3171 / Dallas Office Hours: 8:00 am to 5:30 pm CST Monday - Friday.

**IN MINNESOTA:** THIS COLLECTION AGENCY IS LICENSED BY THE MINNESOTA DEPARTMENT OF COMMERCE.

**In New York, New York:** This collection agency is licensed by the New York City Department of Consumer Affairs. The license number is 1002932.

**In Tennessee:** This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

**In Texas:** Credit Protection Association, L.P. P. O. Box 802068 Dallas, TX, 75380-2068 (972) 233-9614.

**In Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**In North Carolina:** AUTHORIZED TO DO BUSINESS IN THE STATE OF NORTH CAROLINA UNDER THE NAME OF CREDIT PROTECTION ASSOCIATION, LIMITED PARTNERSHIP, P. O. Box 802068 Dallas, TX, 75380-2068 North Carolina Licensing Permit Number 3835.

**In Wisconsin:** AUTHORIZED TO DO BUSINESS IN THE STATE OF WISCONSIN UNDER THE NAME OF CREDIT PROTECTION ASSOCIATION, LIMITED PARTNERSHIP. This collection agency is licensed by the: Office of the Administrator of the Division of Banking, P. O. Box 7876, Madison, Wisconsin 58707.

**EXHIBIT C**                                                                 GARRETT/CPA - 000010

| RECORD_KEY | ADD_DATE | CALL_DATE_TIME | CAMPAIGN_ID | RESULT_CODE | PHONE_NUMBER | RESULT_NOTE |
|---|---|---|---|---|---|---|
| 1803360509 | 12/8/2014 | 10:50AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/8/2014 | 5:42PM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/9/2014 | 7:34AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/9/2014 | 10:35AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/9/2014 | 1:35PM | Cable Accelerated Early Cycle Blast | SADAM | 7274524687 | Answering Machine IVR Message |
| 1803360509 | 12/10/2014 | 7:10AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/10/2014 | 10:11AM | Cable Accelerated Early Cycle Blast | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 12/11/2014 | 12:49PM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/11/2014 | 3:49PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/12/2014 | 7:39PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/12/2014 | 12:03PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/12/2014 | 3:53PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/15/2014 | 8:28AM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/15/2014 | 12:20PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/16/2014 | 11:34AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/16/2014 | 2:35PM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/16/2014 | 5:35PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/17/2014 | 7:30AM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/17/2014 | 12:52PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 12/18/2014 | 10:25AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/18/2014 | 1:25PM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 12/18/2014 | 4:25PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/9/2015 | 11:27AM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/12/2015 | 3:33PM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 1/12/2015 | 3:24PM | Aged Blast Calls | SADAM | 7274524687 | Left Answering Machine Message |
| 1803360509 | 1/12/2015 | 6:50PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/15/2015 | 2:43PM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 1/15/2015 | 7:09PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/16/2015 | 12:00PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/16/2015 | 3:50PM | Cable Accelerated Early Cycle Blast | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 1/17/2015 | 12:46PM | Cable Accelerated Early Cycle Blast | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 1/19/2015 | 1:07PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/19/2015 | 6:24PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 1/21/2015 | 3:56PM | Cable Accelerated Early Cycle Blast | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 1/22/2015 | 12:27PM | Cable Accelerated Early Cycle Blast | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 1/23/2015 | 10:59AM | Cable Accelerated Early Cycle Blast | M | 7274524687 | Answering Machine |
| 1803360509 | 1/23/2015 | 3:12PM | Cable Accelerated Early Cycle Blast | N | 7274524687 | No Answer |
| 1803360509 | 2/2/2015 | 5:24PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/3/2015 | 2:18PM | Early Cycle Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/3/2015 | 6:08PM | Early Cycle Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/4/2015 | 6:25PM | Early Cycle Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/5/2015 | 11:16AM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/5/2015 | 2:17PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/5/2015 | 5:18PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/9/2015 | 11:18AM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/9/2015 | 2:33PM | Early Cycle Blast No LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 2/10/2015 | 2:48PM | Early Cycle Blast No LM - 5 Cycle | B | 7274524687 | Busy |

| Account | Date | Time | Campaign | Type | Phone | Result |
|---|---|---|---|---|---|---|
| 1803360509 | 2/12/2015 | 11:41AM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/12/2015 | 2:41PM | Early Cycle Blast No LM - 5 Cycle | B | 7274524687 | Busy |
| 1803360509 | 2/12/2015 | 5:41PM | Early Cycle Blast No LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 2/13/2015 | 12:37PM | Early Cycle Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/13/2015 | 4:39PM | Early Cycle Blast LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 2/14/2015 | 1:10PM | Early Cycle Blast LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 2/16/2015 | 12:29PM | Early Cycle Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/16/2015 | 4:20PM | Early Cycle Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/17/2015 | 12:50PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/17/2015 | 3:50PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/20/2015 | 6:50PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/20/2015 | 11:50AM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/20/2015 | 2:50PM | Early Cycle Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/24/2015 | 1:30PM | Standard Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/24/2015 | 5:50PM | Standard Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 2/25/2015 | 3:34PM | Standard Blast No LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/2/2015 | 1:13PM | Standard Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/2/2015 | 5:34PM | Standard Blast LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/4/2015 | 5:44PM | Standard Blast No LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/5/2015 | 12:41PM | Standard Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/5/2015 | 4:32PM | Standard Blast LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 3/6/2015 | 3:23PM | Standard Blast No LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 3/10/2015 | 6:02PM | Standard Blast LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/11/2015 | 1:40PM | Standard Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/11/2015 | 5:30PM | Standard Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/12/2015 | 1:40PM | Standard Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/12/2015 | 5:30PM | Standard Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/16/2015 | 3:15PM | Standard Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/16/2015 | 7:05PM | Standard Blast No LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 3/17/2015 | 1:57PM | Standard Blast No LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 3/17/2015 | 5:47PM | Standard Blast No LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/18/2015 | 2:16PM | Standard Blast No LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/19/2015 | 5:18PM | Standard Blast No LM - 5 Cycle | M | 7274524687 | Answering Machine |
| 1803360509 | 3/19/2015 | 1:27PM | Standard Blast No LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 3/20/2015 | 12:30PM | Standard Blast LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/23/2015 | 3:38PM | Standard Blast LM - 5 Cycle | N | 7274524687 | No Answer |
| 1803360509 | 3/23/2015 | 7:29PM | Standard Blast LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |
| 1803360509 | 3/24/2015 | 2:11PM | Standard Blast No LM - 5 Cycle | B | 7274524687 | Busy |
| 1803360509 | 3/24/2015 | 6:41PM | Standard Blast No LM - 5 Cycle | SAAMP | 7274524687 | Transfer IVR Message |

| Client | Campaign | Date | Agent ID | Name | Record Key | Telephone | Duration | Descriptio Notes |
|---|---|---|---|---|---|---|---|---|
| Credit Protection Association | CPA - Standard Blast No LM 5 Cycle (Inbound) | 3/24/2015 6:54:10 PM | 32514 | Kierra Jordan | 01803360509 | 7274524687 | 75 | Bad Phone - Consun 0_7274524687_185254.mp3 |

**EXHIBIT D**

GARRETT/CPA - 000006