Page 1

1                 UNITED STATES DISTRICT COURT

                  MIDDLE DISTRICT OF FLORIDA

2                      TAMPA DIVISION

3

    ANGELA GARRETT,                )

4                                  )

                Plaintiff,   )

5                                  )

          vs.                )          Case No.

6                                  )   8:16-cv-2999-VMC-AAS

    CREDIT PROTECTION            )

7   ASSOCIATION, L.P.,            )

                                   )

8                Defendant.   )

9

10

11

12

13

14

15

16

17

18

19

20    VIDEO TELECONFERENCE DEPOSITION OF JEFFREY STROHM

21            TAKEN ON BEHALF OF THE DEFENDANT

22                   MAY 16, 2017

23             (8:56 a.m. to 10:09 a.m.)

24                 Charles W. Motter

                  Missouri CCR No. 617

25

**JEFFREY STROHM  5/16/2017**

```
 1                    I N D E X
 2  QUESTIONS BY:                           PAGE
 3     MR. SMITH                              6
        MS. STEINKRAUS                        46
 4     MR. SMITH                              53
 5                    EXHIBITS
 6  EXHIBIT           DESCRIPTION            PAGE
 7  Exhibit A     Amended Notice of Taking Video   11
                  Deposition
 8
    Exhibit B     Composite Exhibit (GARRETT-SPRINT  15
 9                DEPOSITION 001 through
                  GARRETT-SPRINT DEPOSITION 045)
10
    Exhibit C     Call Detail Records         23
11
12              (All exhibits are attached.)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

JEFFREY STROHM  5/16/2017

Page 3

1                    UNITED STATES DISTRICT COURT

                     MIDDLE DISTRICT OF FLORIDA

2                         TAMPA DIVISION

3     ANGELA GARRETT,              )

                                   )

4                    Plaintiff,    )

                                   )

5           vs.                    )      Case No.

                                   )  8:16-cv-2999-VMC-AAS

6     CREDIT PROTECTION            )

      ASSOCIATION, L.P.,           )

7                                  )

                     Defendant.    )

8

9             VIDEO TELECONFERENCE DEPOSITION OF

10    JEFFREY STROHM, produced, sworn, and examined on May

11    16, 2017, between the hours of 8:56 a.m. and 10:09

12    a.m. of that day, at Midwest Litigation Services, 1608

13    Locust Street, Kansas City, Missouri, before Charles

14    W. Motter, Missouri CCR No. 617, in a certain cause

15    now pending in the United States District Court,

16    Middle District of Florida, Tampa Division wherein

17    Angela Garrett is the Plaintiff, and Credit Protection

18    Association, L.P., is the Defendant.

19

20

21

22

23

24

25

JEFFREY STROHM  5/16/2017

```
 1              A P P E A R A N C E S
 2       For the Plaintiff:
 3       Ms. Kaelyn Steinkraus
         THE LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.
 4       13575 58th Street North, Suite 129
         Clearwater, FL 33760
 5       727.538.4188
         727.362.4778 Fax
 6       kaelyn@zieglerlawoffice.com
 7       For the Defendant:
 8       Mr. Ruel W. Smith
         HINSHAW & CULBERTSON, LLP
 9       100 South Ashley Drive, Suite 500
         Tampa, FL 33602
10       813.276.1662
         813.276.1956 Fax
11       rsmith@hinshawlaw.com
12    Court Reporter:  Charles W. Motter
                       Missouri CCR No. 617
13                     cmotter@midwestlitigation.com
14    Videographer:    Mr. Ryan Gray
                       rgray@midwestlitigation.com
15                     MIDWEST LITIGATION SERVICES
                       1608 Locust
16                     Kansas City, MO 64106
                       816.221.1160
17                     816.221.1151 Fax
18
19
20
21
22
23
24
25
```

JEFFREY STROHM   5/16/2017

Page 5

1           (Deposition commenced at 8:56 a.m.)

2                 (Exhibits A, B, and C marked for

3     identification by the reporter.)

4                 THE VIDEOGRAPHER:  We are on the record.

5     Today's date is May 16th, 2017, and the time is

6     8:56 a.m.

7                 This is the video-recorded deposition of

8     corporate representative Jeffrey Strohm in the matter

9     of Angela Garrett versus Credit Protection

10    Association, L.P., Case Number 8:16-CV-2999-VMC-AAS,

11    in the United States District Court, Middle District

12    of Florida, Tampa Division.

13                This deposition is being held at Midwest

14    Litigation Services.  The reporter's name is Chuck

15    Motter.  My name is Ryan Gray.  I'm the legal

16    videographer.  We are with Midwest Litigation

17    Services.

18                Would the attorneys present please

19    introduce themselves.

20                MR. SMITH:  Yes.  Good morning.  My name

21    is Ruel Smith.  I'll spell the first name.  R-u-e-l.

22    Last name is Smith, S-m-i-t-h.  And I'm with the law

23    firm of Hinshaw & Culbertson and I represent the

24    defendant in this matter, Credit Protection

25    Association, L.P.

JEFFREY STROHM   5/16/2017

Page 6

1            MS. STEINKRAUS:  And my name is Kaelyn

2    Steinkraus.  I will spell both of those for you.  It's

3    K-a-e-l-y-n, S-t-e-i-n-k-r-a-u-s.  I'm with the law

4    firm of The Law Office of Michael Ziegler and I

5    represent the plaintiff, Angela Garrett, in this case.

6            THE VIDEOGRAPHER:  Would the court

7    reporter please swear in the witness.

8            IT IS HEREBY STIPULATED AND AGREED, by

9    and between counsel for the Plaintiff and counsel for

10   the Defendant, that the deposition of JEFFREY STROHM

11   may be taken in shorthand by Charles W. Motter, RDR,

12   CRR, a Certified Court Reporter, and afterwards

13   transcribed into typewriting; and the signature of the

14   witness is expressly waived.

15                    *   *   *   *   *

16            JEFFREY STROHM,

17   of lawful age, produced, sworn, and examined on behalf

18   of the Defendant, deposes and says:

19                    EXAMINATION

20   QUESTIONS BY MR. SMITH:

21       Q.   Good morning, Mr. Strohm.  My name is

22   Ruel Smith, as I just mentioned.  I'm an attorney with

23   the defendant in the lawsuit that you're here to give

24   a deposition for.  Credit Protection Association, L.P.

25   is my client.

Page 7

1            This deposition is being taken in the

2    lawsuit that the videographer just recited, Angela

3    Garrett versus Credit Protection Association, L.P.

4    It's in the Middle District of Florida down here in

5    Tampa.

6            I wanted to start out by thanking you for

7    coming.

8            You are presently located in Kansas City

9    for the deposition, correct?

10        A.    Correct.

11        Q.    Okay.  And is that Kansas City, Kansas or

12   Kansas City, Missouri?

13        A.    Missouri.

14        Q.    Okay.  And your ordinary place of -- of

15   doing business is Orchard Park, Missouri, is that --

16   or Orchard Park, Kansas, is that correct?

17        A.    Overland Park, Kansas, yes.

18        Q.    Overland Park.  All right.  My apologies.

19            Mr. Strohm, if you would, start out by

20   giving us your name and spelling it for the record.

21        A.    My name is Jeffrey Strohm.

22   J-e-f-f-r-e-y.  Last name spelled S-t-r-o-h-m, as in

23   "Mary."

24        Q.    Sir, have you ever given a deposition

25   before?

JEFFREY STROHM   5/16/2017

Page 8

```
 1           A.   Yes.
 2           Q.   Would you -- about how many times would
 3    you say?
 4           A.   Deposition?  Probably 20 or so times.
 5    And I've also testified at different trials around the
 6    country.
 7           Q.   Okay.  How many trials would you say
 8    you've provided testimony at?
 9           A.   Somewhere around 200 times.
10           Q.   And has all -- has all of that been in
11    your capacity as an employee of Sprint PCS Wireless or
12    Sprint Spectrum, L.P., as it's now known?
13           A.   Yes.
14           Q.   Okay.  I want to go over some of the
15    ground rules of a deposition, although I'm certain
16    you've heard some variation of these before.  Perhaps
17    they're different in different jurisdictions, but I
18    think you'll recognize many of them.
19                The first is that the deposition is being
20    stenographally recorded -- stenographically recorded
21    by the court reporter that's seated to your left, my
22    right.  He's taking down everything we say.  Our
23    questions, your answers.  Therefore, it's important
24    that only one person speak at a time, so if -- if --
25    if I am in the midst of asking a question or if
```

JEFFREY STROHM   5/16/2017

Page 9

1  Ms. Steinkraus is in the midst of asking a question,

2  I'd just ask that you wait until the question is

3  complete before answering.  That way we're not

4  speaking over each other.  And I will, likewise,

5  attempt to not speak over you when you're answering.

6              Is that something we can agree on?

7      A.   That sounds good.

8      Q.   Thank you.

9              By the same token, the stenographic court

10 reporter can't distinguish between nods of the head,

11 shakes of the head, shrugs of the shoulders, those

12 sort of nonverbal responses, so I'd also ask that your

13 answers be verbal at all times.

14             Is that something we can agree on?

15     A.   Yes.

16     Q.   And if you -- if you happen to hear me

17 say, "So is that a yes," that's not me trying to be

18 rude or smart-mouthed.  It's an attempt to make sure

19 that the court reporter is able to capture your

20 testimony.

21             I would ask that if you don't hear my

22 question fully, ask to have it repeated.  If you don't

23 understand my question fully, let me know and I'll

24 rephrase it.

25             Are those things we can agree on as well?

```
 1            A.    Absolutely.

 2            Q.    Wonderful.

 3                  Is there anything affecting your ability

 4    to give truthful and accurate testimony today, to the

 5    best of your recollection?

 6            A.    No.

 7            Q.    So you're not suffering from any sort of

 8    illness or infirmity at the moment?

 9            A.    No.

10            Q.    And you're not under the influence of any

11    alcohol or drugs that would impair your ability to

12    recall and testify truthfully?

13            A.    No.

14            Q.    Okay.  My understanding is you're here as

15    a corporate representative for Sprint PCS Wireless,

16    which is now known as Sprint Spectrum, L.P.

17                  Is that correct?

18            A.    Correct.

19            Q.    And what is your position with --

20                  We'll just call that entity "Sprint,"

21    going forward, for brevity, if that's okay.

22                  What is your position with Sprint?

23            A.    I'm a custodian of records.

24            Q.    Okay.  And there are no local Sprint

25    custodians here in my -- in my area in the Tampa Bay
```

JEFFREY STROHM   5/16/2017

Page 11

1    region that are able to provide this testimony.

2                   Is that accurate?

3         A.    Correct.

4         Q.    Okay.  You being based in Overland Park,

5    Kansas, it's a tremendously long way from here, and to

6    the extent that your testimony may be needed for a

7    trial in this matter, which is presently set for

8    August, we appreciate your agreeing to do it via this

9    means with the video stenographer so that we can

10   preserve your testimony for possible use at that

11   trial.  Thank you again for that.

12                   Please explain your duties as a records

13   custodian for Sprint.

14        A.    I am responsible for testifying on all

15   the records that are produced in Sprint's legal

16   compliance department, and when I'm not on the road

17   testifying, I'm responsible for responding to legal

18   demands, providing various types of phone records.

19        Q.    Would legal demands include responding to

20   subpoenas duces tecum?

21        A.    Yes.

22        Q.    Okay.  I would like to refer you now to

23   what's been premarked for identification as Exhibit A

24   to the deposition.  That should be in front of you

25   there.  Do you see it?

1           It's titled "Amended Notice of Taking

2   Video Deposition."

3           A.   Yes.  I have it.

4           Q.   All right.  That's the notice that

5   brought you here today to testify on behalf of Sprint,

6   correct?

7           A.   Correct.

8           Q.   Thank you.

9           There are attachments, including an

10  Exhibit A on the third page.  Do you see the Exhibit A

11  on the third page?

12          A.   Yes, I do.

13          Q.   Okay.  Those are the areas in which we've

14  asked that Sprint designate a records custodian.  I'd

15  like to go through those with you momentarily and make

16  sure that you're the guy or gal -- or that you're the

17  individual that is most appropriate to testify to

18  these areas.

19          The first area is, "Authentication of the

20  'Voice Call Details' reports for telephone

21  number (727) 452-4687, which have already been

22  produced to Plaintiff's counsel pursuant to a

23  subpoena."

24          Do you see that Number 1 there?

25          A.   Yes, I do.

Page 13

1        Q.   Are you aware of the subpoena that was

2  issued by the plaintiff's counsel in this case that

3  resulted in Sprint producing records?

4        A.   Yes.

5        Q.   Okay.  Are you capable -- are you -- are

6  you able to testify at -- to authenticate the voice

7  call detail report portions of the records produced in

8  response to the plaintiff's counsel's subpoena?

9        A.   Yes.

10       Q.   Okay.  Number 2 discusses, "The meaning

11  of the codes located on the bottom of the 'Voice Call

12  Details' reports, especially the code 'VW-VoWiFi.'"

13         Are you the correct person to discuss

14  with us the meaning of the codes located at the bottom

15  of the voice call details, particularly the code

16  VW-VoWiFi?

17       A.   Yes.

18       Q.   Thank you.

19         Are you able to explain generally the

20  records that are described as "Call Records for

21  PTN727452467" -- "4687-1," which were produced

22  responsive to the plaintiff's counsel's subpoena?

23       A.   Yes.

24       Q.   Do you also possess, "A detailed

25  understanding of the 'Key to Understanding CDMA Call

JEFFREY STROHM  5/16/2017

Page 14

1    Reports' which was provided Plaintiff's counsel in

2    conjunction with the production of telephone records

3    associated with telephone number (727) 452-4687"?

4         A.   Yes.

5         Q.   Okay.  And that Key to Understanding CDMA

6    Call Reports is attached to the amended notice of

7    deposition starting, I think, on Page 5 of the exhibit

8    you have in front of you.

9              Is that right?

10        A.   Correct.

11        Q.   Okay.  Are you able to discuss Sprint's

12   time stamps as they appear on the call detail reports?

13        A.   Yes.

14        Q.   Are you able to discuss Sprint's

15   capabilities as to the time stamps appearing on call

16   records for calls labeled -- or indicating that they

17   were made over WiFi?

18        A.   Yes.

19        Q.   Okay.  Are you able to discuss gateway

20   and SWAT network access points and Sprint's ability to

21   retain or recover information when gateway or SWATs

22   are used for a call to move through?

23        A.   Yes.

24        Q.   Okay.  And have you had an opportunity to

25   review the documents produced by U.S. Sprint in

Page 15

1    response to the subpoena duces tecum from the

2    plaintiff's counsel dated November 7th, 2017?

3         A.   Yes, I have.

4         Q.   All right.  I'd like to now have you take

5    up in front of you Composite Exhibit B to your

6    deposition.  That is the, I believe, 45-page stapled

7    document that has a Bates number on the bottom that

8    says GARRETT-SPRINT DEPOSITION 0006.

9         A.   Yes, I have it.

10        Q.   Do you have that in front of you?

11        A.   Yes.

12        Q.   Okay.  Okay.  Bates Number -- or

13   GARRETT-SPRINT DEPOSITION Number 001 through 004

14   appears to be a letter from Sprint to Michael Ziegler

15   at The Law Office of Michael Ziegler.

16             Do you see that first four pages of

17   Exhibit B, at 001 through 004?

18        A.   I do.

19        Q.   Okay.  There is a great amount of

20   information in this letter, including some

21   subscription information and account details that go

22   on for the four pages of the letter.

23             Do you see those?

24        A.   Yes, I do.

25        Q.   Okay.  That information, does it truly

Page 16

1   and accurately reflect the subscription information on

2   file with Sprint for subscriber Angela Garrett, phone

3   number (727) 452-4687, from the period of November 1,

4   2014 to November 7, 2016?

5           A.   Yes.

6           Q.   Okay.   These essential- -- this

7   essentially is basic information kept by Sprint

8   concerning Ms. Garrett's telephone account with

9   Sprint, is that correct?

10          A.   Correct.

11          Q.   Okay.   Is the information that's in the

12  letter kept and maintained under your control at the

13  offices of Sprint?

14          A.   Yes.

15          Q.   And does Sprint maintain the information

16  in this letter in the normal and regular course of its

17  business?

18          A.   Yes.

19          Q.   Is it the regular practice and regular

20  course of business of Sprint to have a person or

21  system that -- to record the information that's set

22  forth in this letter at the time it becomes known to

23  Sprint?

24          A.   Yes.

25          Q.   And were the entries of information that

Page 17

1   are reflected in this letter contained -- or made into

2   Sprint's recordkeeping systems at or near the time the

3   information became known to Sprint?

4        A.   Yes.

5        Q.   Does Sprint routinely rely on the type of

6   information in this letter in the course of its

7   regular business practices?

8        A.   Yes, we do.

9        Q.   All right.  Now, I noted, Mr. Strohm,

10  that the letter is signed by a Michelle Bersbach from

11  subpoena compliance of Sprint corporate security.

12  That's on the last page, 0004.

13           Do you see that?

14       A.   Yes.

15       Q.   Okay.  Is -- are you -- do you oversee or

16  work with Michelle Bersbach?

17       A.   I work with her, yes.

18       Q.   Okay.  And I -- are you, as Sprint's

19  record custodian, adopting the information set forth

20  in this letter as if your signature were on that

21  letter?

22       A.   I'm able to testify as a custodian to

23  these records, yes.

24       Q.   Okay.  The information in these -- in

25  these records that Michelle Bersbach signed the letter

Page 18

1    for, you can testify as to the accuracy and

2    completeness of those records?

3         A.   Correct.

4         Q.   And to the manner in which they're kept,

5    the purposes for which they're kept, and all the

6    things we just discussed.  Correct?

7         A.   Yes.

8         Q.   Okay.  This is, in effect, an official

9    business record of Sprint, is that right?

10        A.   Yes.

11        Q.   Okay.  And there's no reason you know of

12   to believe that the information in here would be

13   inaccurate in any way?

14        A.   No, there is not.

15        Q.   Okay.  Moving into what's been Bates

16   labeled within Exhibit B as GARRETT-SPRINT DEPOSITION

17   006, and really what follows there are about nine

18   page- -- or excuse me, eight pages of what I sort of

19   interpret as a key.

20             Is that a fair way to describe the next

21   nine pages of Exhibit B, 006 through 15?

22        A.   Yes.  The pages Bates stamped 5 through

23   15 are all associated with that key to understanding a

24   call detail record report.

25        Q.   I'm sorry.  Thank you.  Right.  That's --

Page 19

1    that starts at 5 and goes through 15.

2            The key, I'm assuming, is something

3    that's sent out often when Sprint responds to a

4    subpoena or other legal demand for documents.

5            Is that accurate?

6        A.   Yes.  Anytime we send out call records,

7    it is sent out.

8        Q.   Okay.  So this document is maintained in

9    the ordinary course of business by Sprint?

10       A.   Yes.

11       Q.   Okay.  And it is -- it is sent out in

12   every case where there is a demand for Sprint call

13   records?

14       A.   For Sprint call records, yes.

15       Q.   Okay.  And the -- and does this document

16   accurately describe how to interpret Sprint call

17   records?

18       A.   Yes.

19       Q.   Okay.  I want to move to the records

20   beginning GARRETT-SPRINT DEPOSITION 016, if you could

21   move there with me, please.

22       A.   Okay.

23       Q.   All right.  The next approximately 45 --

24   or the next -- excuse me, the next 39 pages, through

25   GARRETT-SPRINT DEPOSITION 045, are all labeled as call

Page 20

1    details, is that correct?

2          A.    Yes.

3          Q.    And these appear to be organized by

4    month.  Is that fair to say?

5          A.    Correct.

6          Q.    Okay.  So, for example, what we're

7    looking at at 16, 17, 18, 19, and 20 are the call

8    details for the calls either made by or made to

9    Ms. Angela Garrett at account number -- or at phone

10   number (727) 452-4687 for the month of November for

11   which Sprint has a record.

12               Is that accurate?

13         A.    Those are all phone calls for that phone

14   number you just mentioned for that month of November,

15   yes.

16         Q.    Okay.  And that is true for the next

17   several months in Exhibit B, including December call

18   details starting at Page 21, going through Page 27;

19   January records beginning at Page 28 through 30;

20   February of 2015 records beginning at Page 31 through

21   33; March of 2015 records beginning at Page 34 through

22   37; April records for 2015 beginning in -- beginning

23   on Page 38 through 41; and May records beginning on

24   Page 42 through 45 of the year 2015.

25               Correct?

JEFFREY STROHM  5/16/2017

Page 21

1          A.   Yes.  All of that is correct.

2          Q.   Thank you.

3               All right.  So all of those, I will call

4    the monthly voice call details for my next few

5    questions, if that's all right.

6          A.   Sure.

7          Q.   The information in the monthly call

8    details we just discussed, GARRETT DEPOSITION 16

9    through 45, does it accurately and truly reflect

10   Sprint's records of the calls made to or from

11   subscriber Angela Garrett, phone number (727) 452-4687

12   from December 1, 2014 through May 31st, 2015?

13         A.   It actually starts November 1st and ends,

14   as you said, on May 31st, and those are all of

15   Sprint's records for that phone number ending in 4687,

16   correct.

17         Q.   Yes.  And is the information for the call

18   details from November of 2014 through May 2015 kept

19   and maintained in your offices at Sprint?

20         A.   Yes.

21         Q.   And does the information for

22   Ms. Garrett's phone records from

23   November 1st through -- 2014 through May 31st, 2015,

24   was that all maintained in the regular and normal

25   course of Sprint's business?

Page 22

1          A.    Yes.

2          Q.    And was it the regular practice and

3    regular course of business of Sprint to have a person

4    who knew about these phone records or a system that

5    processed these phone records make these records at or

6    near the time they were made?

7          A.    Yes.

8          Q.    The time the information was received?

9    Sorry.

10          A.    Correct.

11          Q.    And does Sprint routinely rely on these

12    kinds of records in its normal business practices?

13          A.    Yes.

14          Q.    And you have no reason to believe these

15    are inaccurate in any way?

16          A.    No.

17          Q.    Now, is it fair to say there are

18    situations where a call could be made or received by a

19    subscriber such as Ms. Garrett that is not reflected

20    on the voice call details?

21          A.    Correct.  The bill reprints that we are

22    looking at only include billable phone calls, so your

23    question is correct.

24          Q.    So you described this -- these as bill

25    reprints?

Page 23

```
 1            A.    Correct.

 2            Q.    Does -- is there -- do I understand

 3     correctly that there was -- there is a time that

 4     Sprint maintains a more detailed set of records, after

 5     which only the bill reprints are available to record

 6     the calls?

 7            A.    Yes.

 8            Q.    And what is the time period that the more

 9     detailed records are available until?

10            A.    It goes -- it varies from phone number to

11     phone number, but generally speaking we are able to

12     provide what are called call detail records, which is

13     marked as Exhibit C, for up to 18 months, the most

14     recent 18 months.  Anything outside of that 18-month

15     request, we would only be able to provide in the

16     format of bill reprints, which is what we are looking

17     at here.

18            Q.    And what would be reflected on Exhibit C,

19     the call detail records, but would not be reflected on

20     the bill reports, would potentially be additional

21     calls.  Correct?

22            A.    Potentially, yes.

23            Q.    Calls that are not necessarily billable?

24            A.    Correct.

25            Q.    Okay.  Well, let's go ahead and move to
```

Page 24

1   Exhibit C, just to -- well, strike that.

2              So looking at the bill reprints, each

3   bill reprint has seven columns of data -- or excuse

4   me, six columns of data in it, correct?

5              No.  There are seven.

6        A.   Seven columns, yes.

7        Q.   Yeah.  Those columns include the date,

8   the time, the phone number, the call destination, the

9   rate type, the minutes used, and the total charges.

10  Correct?

11       A.   Correct.

12       Q.   Okay.  Describe for me what the "Call

13  Destination" column information reflects.

14       A.   So on outbound phone calls, strictly

15  outbound phone calls, the "Call Destination" is going

16  to show a city and state, and it represents that

17  destination of the phone number for which the 4687

18  number is making an outbound phone call to.

19       Q.   And if the "Call Destination" reflects

20  the word "Incoming," what would that mean?

21       A.   It means that the 4687 number is

22  receiving a phone call.

23       Q.   All right.  Describe for me the

24  information we would find in the column labeled "Rate

25  Type."

JEFFREY STROHM  5/16/2017

Page 25

```
1              A.    That has to do with the plan that the

2     particular subscriber is set up for.  There's

3     different codes that are associated with the types of

4     phone calls that are made and/or received.

5                    For example, if you see "NW," that

6     represents a night and weekends phone call.  "WC"

7     represents an anytime phone call.

8                    Again, they are associated with the type

9     of plan that the subscriber is set up for.

10             Q.    Okay.  And there are other codes that can

11    appear in the "Rate Type" column, is that correct?

12             A.    Yes.

13             Q.    What would be some of the other codes

14    that could appear in the "Rate Type" column?

15             A.    Other codes include an anytime plan usage

16    phone call, a call waiting phone call, or a

17    voice-over-WiFi phone call.

18             Q.    Tell me what would be indicated if a

19    voice-over-WiFi code appears in the "Rate Type"

20    column of the bill reprints.

21             A.    So when one makes or receives a phone

22    call, they can connect to the network via the

23    traditional means, which is through a cell phone

24    tower, or via WiFi, a WiFi signal of some sort.

25                   When they do so utilizing a WiFi
```

1    signal, it will be representing -- represented on the

2    bill reprint accordingly with a "VW" in the "Rate

3    Type" column.

4           Q.    Okay.   I want to go back to Page 005 for

5    a moment, and we talked about this a little bit

6    earlier.   This is the key to understanding the CDMA

7    call reports.

8           Does that apply -- if -- if this key

9    discusses the codes you just described, does that

10   apply to the bill reprints as well as the more

11   detailed reports?

12          A.    No.   The Key to Understanding CDMA Call

13   Detail Reports strictly applies to the call detail

14   record report as opposed to these bill reprints.   It's

15   a separate entity.

16          Q.    Well, let me ask you this:   On the next

17   page, the second page of the Key to Understanding CDMA

18   Call Detail Reports, there is -- I suppose you could

19   call it a footnote -- the second full paragraph on the

20   second page of the Key to Understanding CDMA Call

21   Detail Reports.

22          Do you see that paragraph?

23          A.    Yes.

24          Q.    What that says is, "WiFi Call Type:

25   Please note that Sprint does not have the capability

Page 27

1    to determine the time stamp.  These calls can be

2    reflected in Switch time or GMT."

3              Does that information apply when we see

4    codes of "VW" on the bill reprints?

5         A.   Yes.  It just so happens that that

6    absolutely applies to both the call detail record

7    report and the bill reprint.

8         Q.   Okay.  Now, I want to -- so -- so in

9    effect, if I see a call on either type of report, the

10   bill reprint or the detail reports, that lists or

11   indicates the use of voice-over-WiFi, the time stamp

12   for that call will not necessarily be the local time

13   for the user, but would, instead, be switch time or

14   GMT time.

15             Correct?

16        A.   It could be either one.  We are not able

17   to verify one way or another.  Correct.

18        Q.   Understood.

19             GMT, what does -- what does that

20   abbreviation mean?

21        A.   Greenwich Mean Time.

22        Q.   And Greenwich Mean Time is the time that

23   it is in Greenwich, England, correct?

24        A.   Correct.

25        Q.   Okay.  Now, you in Overland Park, Kansas,

Page 28

1    are in the Central Time Zone, right?

2            A.    Correct.

3            Q.    And Dallas, Texas, is also in the Central

4    Time Zone, as you understand it?

5            A.    Yes.

6            Q.    Is it fair to say --

7                  Well, Greenwich Mean Time is sort of

8    considered a -- an international standard, or has been

9    considered an international standard for timekeeping,

10   right?

11           A.    Absolutely, yes.

12           Q.    Okay.  Depending on the time of year,

13   Greenwich Mean Time is either five or six hours ahead

14   of Central Time, is that right?

15           A.    Correct.

16           Q.    Okay.  When the clocks get turned back in

17   the U.S. in the fall, that's when Greenwich Mean Time

18   is six hours ahead of Central Time, right?

19           A.    Yes, that's correct.

20           Q.    And when the clocks get turned forward in

21   the spring, that is when Greenwich Mean Time is five

22   hours ahead of Central Time, correct?

23           A.    Correct.

24           Q.    Okay.  All right.  So I'd like to turn

25   back to Bates Number 0023, if we can.

Page 29

1          A.   Okay.

2          Q.   **So what we're looking at here -- so what**

3   **we're looking at here is a page of the bill reprints**

4   **for Ms. Garrett's account corresponding to phone**

5   **number (727) 452-4687 for the month of January -- or**

6   **excuse me, the month of December 2014.  Right?**

7          A.   Correct.

8          Q.   **Okay.  Where we see the "Time" column,**

9   **the second one from the left, those are the time**

10  **stamps recorded by Sprint's system as being with a**

11  **call passed through the network to the receiving**

12  **phone.  Correct?**

13         A.   The date the network fielded the phone

14  call, yes.  Or date and time the network fielded the

15  phone call, yes.

16         Q.   **And the time is --**

17              **What -- what is reflected in the "Time"**

18  **column, in a normal entry that is not a**

19  **voice-over-WiFi call?**

20         A.   So in a normal entry, it's going to

21  reflect the time zone of which the phone call was made

22  or received.

23              So, for example, if I make or receive a

24  phone call in Overland Park, Kansas, because I utilize

25  a tower that's in the Central Time Zone, the time

Page 30

1    stamp is going to be in Central Time.

2              Same thing in Florida.  If I make or

3    receive a phone call, let's say, in Jacksonville or

4    Clearwater, it's going to be Eastern Time stamped

5    because I'm going to ping off a tower that is located

6    in an Eastern Time Zone.

7         **Q.   If Ms. Garrett is a -- is a Florida**

8    **resident, a -- a Clearwater or Tampa resident, and**

9    **receives that phone call pinging off a tower in Tampa**

10   **or Clearwater, the phone -- the time reflected in an**

11   **ordinary call will be Eastern Standard Time.  Or**

12   **Eastern Time.  Correct?**

13        A.   In an ordinary phone call, yes.

14        **Q.   Okay.  Now, if you'll look with me at**

15   **Line 126 of Bates Page 23 there, you'll see a call on**

16   **December 11th that is listed as having a time of**

17   **9:50 p.m.**

18             **Do you see that?**

19        A.   I do.

20        **Q.   Okay.  And over in the "Rate Type," which**

21   **rate type codes are used?**

22        A.   You have the nights and weekends, you

23   have the anytime use, and you also have the

24   voice-over-WiFi.

25        **Q.   So this is one of those situations where**

Page 31

1    the time stamp would reflect either Greenwich Mean

2    Time or switch time, correct?

3         A.   Correct.

4         Q.   Okay.  Now, the date being December 11th,

5    2014, that would mean that at that point Greenwich

6    Mean Time was six hours ahead of Central Time, right?

7         A.   Correct.

8         Q.   So if the -- if the time stamp here of

9    9:50 p.m. reflects Greenwich Mean Time, that means the

10   time this call was made in Central Time would have

11   been 3:50 p.m., correct?

12         MS. STEINKRAUS:  Objection, form.

13        Q.  (By Mr. Smith)  You can answer the

14   question if you know.

15         A.   If that was the case, yes.

16         Q.   "If that was the case" meaning if the

17   time stamp here reflected is Greenwich Mean Time, that

18   would mean that the Central Time at which this call

19   was made was 3:50 p.m., right?

20         MS. STEINKRAUS:  Objection, form.

21        Q.   (By Mr. Smith)  You can answer.

22         A.   Correct.

23        Q.   Okay.  And moving down to Line 129, we

24   have a call on December 12th that is reflected at --

25   at a time stamp of 1:40 a.m.

JEFFREY STROHM   5/16/2017

Page 32

1                  Do you see that?

2          A.    I do.

3          Q.    Okay.  And do you also see that the

4     rate -- or tell me -- tell me what is listed for the

5     rate type of that call.

6                  What codes are listed in the "Rate Type"

7     field?

8          A.    Nights and weekends, anytime usage, and a

9     voice-over-WiFi code.

10         Q.    So, again, this call being made in

11    December of 2014, when Greenwich Mean Time was six

12    hours ahead of Central Time, if that time stamp

13    reflects Greenwich Mean Time, that means the time of

14    this call in the Central Time Zone would have been

15    three- -- or would have been 7:40 p.m.?

16         A.    7:40 p.m. on December 11th, if it was

17    using Greenwich Mean Time, yes.

18         Q.    Do you mean on December 12th?

19         A.    No, because it's 1:40 a.m.

20         Q.    So would that have been --

21                 What would the -- what would the time

22    in -- what would the Central Time have been, if the

23    1:40 time stamp was made in Greenwich Mean Time?

24         A.    Seven forty- --

25                 MS. STEINKRAUS:  Objection, form.

JEFFREY STROHM  5/16/2017

Page 33

1        A.   Sorry.  7:40 p.m.

2        Q.   (By Mr. Smith)  Okay.  If you'll turn

3   with me to Line -- the next page, GARRETT-SPRINT

4   DEPOSITION 24, Line 167, do you see that line entry?

5        A.   I do.

6        Q.   So this is a call, an incoming call, that

7   was made to Ms. Garrett's phone, (727) 452-4687, on

8   December 16th, showing a time stamp of 11:36 p.m.

9             Is that right?

10       A.   Made to the phone number ending in 4687,

11   yes.

12       Q.   Yes.  And what rate type codes are

13   indicated for that call?

14       A.   Nights and weekends, anytime usage, and

15   voice-over-WiFi.

16       Q.   So this is, again, a WiFi call that is

17   either reflected in Greenwich Mean Time or switch

18   time, correct?

19       A.   Correct.

20       Q.   And if that time stamp reflects Greenwich

21   Mean Time, that would mean a Central Time of

22   5:36 p.m., correct?

23            MS. STEINKRAUS:  Objection, form.

24       Q.   (By Mr. Smith)  You can answer.

25       A.   Correct.

Page 34

1          Q.    If you'll turn with me to Page 29 and

2     look at Line 53, please.

3          A.    Okay.

4          Q.    That call is dated January 16th and bears

5     a time stamp of 1:11 a.m., right?

6          A.    Correct.

7          Q.    Would you identify for me the codes that

8     appear in the "Rate Type" column?

9          A.    Nights and weekends, anytime usage, and

10    voice-over-WiFi.

11         Q.    So this being a WiFi call, if the time

12    stamp 1:11 a.m. on January 16th is showing Greenwich

13    Mean Time, then this call -- the time of this call in

14    Central Time would actually be January 15th at

15    8:11 p.m., correct?

16              MS. STEINKRAUS:   Objection, form.

17         Q.    (By Mr. Smith)  I'm sorry.  7:11 p.m.

18         A.    Correct.

19         Q.    Thank you.

20              Moving down to Line 84 of the same page,

21    there's a call listed there of January 23rd bearing a

22    time stamp of 9:13 p.m.

23              Do you see that call?

24         A.    Yes, I do.

25         Q.    Can you tell us, please, what the rate

Page 35

1    codes shown under the "Rate Type" are?

2         A.   Nights and weekends, anytime usage,

3    voice-over-WiFi.

4         Q.   Again, given the time of year, if nine

5    fifty- -- 9:13 p.m. is Greenwich Mean Time, this call

6    would be -- this call would -- would have been made in

7    Central Time 3:13 p.m. on January 23rd, correct?

8              MS. STEINKRAUS:  Objection, form.

9         Q.   (By Mr. Smith)  You can answer.

10        A.   Correct.

11        Q.   If you'll go with me to Page 31 and look

12   at Line 42 --

13        A.   Okay.

14        Q.   -- you'll see a call, February 12th, that

15   bears a time stamp of 11:43 p.m.

16             Can you tell us the rate codes -- the

17   rate type codes that are indicated for that call?

18        A.   Nights and weekends, anytime usage,

19   voice-over-WiFi.

20        Q.   So the time stamp reflected on this call

21   is either Greenwich Mean Time or switch time, correct?

22        A.   Correct.

23        Q.   If the time stamp, 11:43, for this call

24   reflects Greenwich Mean Time, this call would have

25   actually been made at 5:43 p.m. Central, is that

Page 36

1    right?

2              MS. STEINKRAUS:   Objection, form.

3         A.   Correct.

4         Q.   (By Mr. Smith)   You can answer.

5         A.   Correct.

6         Q.   Thank you.

7              Is it fair to say that any call bearing a

8    rate type voice-over-WiFi code indicates either

9    Greenwich Mean Time or switch time on these records?

10        A.   Yes.

11        Q.   And, therefore, any call made during

12   Daylight Savings Time, which we change to in the fall,

13   that bears the voice-over-WiFi rate code, if the

14   time stamp for that call reflected Greenwich Mean

15   Time, that call would actually have been made six

16   hours earlier in Central Time, correct?

17        A.   Correct.

18        Q.   And if any call within the bill reprints

19   was made during the time after we spring forward in

20   the spring and reflected voice-over-WiFi in the call

21   rate type and the time stamp indicated GMT, that call

22   would have been made five hours earlier in Central

23   Time.

24              Is that correct?

25        A.   Correct.

JEFFREY STROHM  5/16/2017

Page 37

1          Q.    And when the records don't indicate

2    voice-over-WiFi, the time stamp for a given call is

3    in local time, correct?

4          A.    Correct.

5          Q.    So let's talk about switch time for a

6    moment.

7                Is there any way to determine the switch

8    time that could have applied to any of these calls

9    where voice-over-WiFi is indicated?

10         A.    Based on the bill reprints, I can't

11   unequivocally tell you what switch these phone calls

12   are being made or received in.  Again, that's just for

13   the bill reprints.

14         Q.    Can you tell me with any degree of --

15   of -- of confidence what time zone any of these would

16   have been made in or what switch they would have been

17   made using?

18         A.    Can you repeat that?  I'm sorry.

19         Q.    Can you -- do you have -- do you have a

20   belief or an impression about what switch any of these

21   voice-over-WiFi calls were made through?

22         A.    Yes.

23         Q.    And what would that be?

24         A.    Based on the call destinations and the

25   area codes, my assumption would be that non-WiFi

JEFFREY STROHM   5/16/2017

Page 38

1    phone calls that appear on the bill reprints are

2    reflected in Eastern Standard Time.

3           Q.    If there were a -- if there were a record

4    of the --

5                  For the incoming calls that were received

6    over WiFi, if there were a record from the call --

7    from the calling party suggesting that those calls --

8    or indicating that those calls were made either five

9    or -- either five hours earlier in Central Time for

10   the period of Daylight Savings Time or six hours

11   earlier for the other period of the year, would that

12   suggest to you that the Greenwich Mean Time -- that

13   the time stamps that are six hours later than those

14   calls are reflecting Greenwich Mean Time?

15              MS. STEINKRAUS:  Objection, form.

16         Q.   (By Mr. Smith)  Let me rephrase that.

17                 If there are records from the calling

18   party indicating times that are either five or,

19   depending on the time of year, six hours prior to the

20   time reflected in the bill reprint time stamps and the

21   calling party is in the Central Time Zone, would your

22   assumption be that the times -- the time stamps for

23   those calls reflect Greenwich Mean Time?

24              MS. STEINKRAUS:  Objection, form.

25         Q.   (By Mr. Smith)  You can answer.

Page 39

1          A.    If they were records received from

2    Sprint, yes, it would suggest that.

3          Q.    **What are the circumstances under which**

4    **the time stamp reflected in the "Time" column would be**

5    **reflected in switch as opposed to Greenwich Mean Time?**

6          A.    You know, I -- I really don't know the

7    dynamics that would determine or influence the records

8    to cause them to be Greenwich Mean Time versus local

9    time.  That -- that's not something that I've received

10   training in, that specific dynamic regarding WiFi

11   phone calls in Greenwich time and local time.  That's

12   not something that I've received training in, so I

13   really don't know the answer to that.

14         Q.    **Do you know the answer to which of the**

15   **two types of time are more frequently represented in**

16   **the "Time" column?**

17         A.    I do not know the answer to that, no.

18         Q.    **Is there someone within the Sprint**

19   **organization who would know the dynamics and whether**

20   **one of those types of time is more frequently**

21   **reflected than the other?**

22         A.    I certainly wouldn't rule that out as a

23   possibility, yes.

24         Q.    **Do you know who that person or persons**

25   **might be within Sprint?**

JEFFREY STROHM   5/16/2017

Page 40

1          A.    Not off the top of my head.  I'd have to

2     do some digging.

3          Q.    All right.  If you would turn with me to

4     the Bates Number 006 again of Exhibit B --

5          A.    Okay.

6          Q.    -- if you would look at the fourth full

7     paragraph that is preceded by an asterisk there, take

8     a quick look at that and then look up at me when

9     you're finished.

10               [ Witness reviews material ]

11          Q.    (By Mr. Smith)  Okay.  Can you explain

12     what a gateway is?

13          A.    Yes.  A gateway is the mechanism

14     responsible for fielding text messages or what are

15     called SWATs.  They might work in tandem with SWATs,

16     which is an acronym for "Soft Wireless Access Tandem."

17     They're a mechanism on the network utilized for

18     fielding phone calls in very heavily populated areas.

19          Q.    Would Tampa and -- and the surrounding

20     areas, including Clearwater, Florida, be considered a

21     heavily populated area where Sprint would make use of

22     gateway and SWAT networks?

23          A.    They might be, yes.

24          Q.    Okay.  I want to -- I want to ask you

25     about this second-to-last sentence of this paragraph,

Page 41

1    the fourth paragraph on Page 006, that says, "When a

2    call moves through a gateway or SWAT cell site,

3    information is not retained and is not recoverable."

4              Do you see that?

5         A.   Yes.

6         Q.   Is it accurate that if a call passes

7    through a gateway or SWAT cell site, there will be no

8    record of it on either the bill reprint reports or the

9    call detail reports?

10        A.   There will not be record of it on the

11   bill reprints.

12             There will, however, be a record of it on

13   the call detail record report.

14             And what that sentence is suggesting, the

15   sentence being, "When a call moves through a gateway

16   or SWAT cell site, information is not retained and is

17   not recoverable," that is unique to cell site

18   information.

19             So a phone call that utilizes a SWAT or a

20   gateway, any information that populates in the "Cell

21   Site" column, if any, is not legitimate.  It cannot be

22   relied upon for location information.

23        Q.   You said it cannot be relied upon for

24   location information?

25        A.   Correct.

Page 42

1          Q.    Can it be relied on in any other -- in

2     any other respect?

3          A.    As far as network activity, yes.  An

4     entry that appears on a call detail record report --

5     not the bill reprint but a call detail record

6     report -- that indicates a SWAT or a gateway is being

7     utilized definitely indicates that network activity

8     was occurring.

9          Q.    Okay.  But you said that that would not

10    be retained on the bill reprints, is that correct?

11         A.    As far as it being identified as a SWAT

12    or a gateway, it would not present itself on a bill

13    reprint that way.

14              There would be an entry that appears on

15    the bill reprint.  However, it would not indicate one

16    way or another as to whether or not a gateway, a

17    traditional cell phone tower, or a SWAT was being

18    used.

19         Q.    So a call made through a gateway or SWAT

20    would still be reflected on a bill reprint in some

21    manner?

22         A.    Yes.  It just wouldn't lend itself to a

23    SWAT or gateway being used.  It wouldn't indicate --

24    it wouldn't decipher itself one way or another.

25         Q.    Taking up Exhibit C for a moment, that is

Page 43

1    the large stack with the rubber band around it to your

2    left.

3            A.    Correct.

4            Q.    The information set forth in Exhibit C

5    truly and accurately reflects subscription information

6    for the phone number (727) 452-4687 from November 1st,

7    2014 to November -- excuse me, from May 30th, 2015

8    through November 7th, 2016?

9            A.    Truly and accurately depicts call detail

10   records, yes.

11           Q.    Uh-huh.  And is the information that --

12   contained in those call detail records kept and

13   maintained under your control at the office of Sprint?

14           A.    Yes.

15           Q.    Is it maintained by Sprint in the regular

16   and normal course of Sprint's business?

17           A.    Yes.

18           Q.    And was it the regular practice and

19   regular course of business of Sprint to have a person

20   or system recording the events shown in the call

21   detail reports as they occurred?

22           A.    Yes.

23           Q.    Okay.  And does Sprint routinely rely on

24   the type of information shown in Exhibit C?

25           A.    Yes.

Page 44

1          Q.    In its regular business practices?

2    Sorry.

3          A.    Yes.

4          Q.    Okay.  Are you able to show us, in

5    Exhibit C, a situation where a voice-over-WiFi call

6    was captured and -- and what the time stamp

7    accurately -- or what the time stamp reflected?

8                MS. STEINKRAUS:  Objection, form.

9          Q.    (By Mr. Smith)  You can answer if you

10   know.

11         A.    Can you repeat the question?

12         Q.    Yes.

13               Is there -- is there a voice-over-WiFi

14   call or voice-over-WiFi calls reflected in Exhibit C

15   where you are able to determine whether the time stamp

16   reflects GMT or switch time?

17               MS. STEINKRAUS:  Objection, form.

18         A.    No.

19         Q.    (By Mr. Smith)  You can answer.

20         A.    No, I'm not able to determine one way or

21   another.

22         Q.    If there were a WiFi call on here that

23   I were able to direct your attention to, would you be

24   able to determine it --

25         A.    I wouldn't be --

Page 45

1          Q.    -- from these records?

2          A.   I would be able to identify it as a

3    WiFi phone call.  I would not be able to identify the

4    correct time zone.

5          Q.   All right.  The "NEID" column on the

6    right-hand side of the call detail reports in Exhibit

7    C, does that number correspond to the switch that a

8    call might have used?

9          A.   Yes.

10         Q.   Okay.  So even though there is a switch

11   present on the -- in the "NEID" column of the call

12   detail reports, you're not able to determine which

13   time -- which time stamp, switch or GMT, is reflected

14   in that time particular entry for a WiFi call?

15         A.   For WiFi phone calls, that is correct.

16   It can either be in Greenwich time or local time.

17         Q.   Okay.  Mr. Strohm, having reviewed these

18   records, does it ever appear there was a time in

19   which -- in which the user of this phone number,

20   (727) 452-4687, had disconnected service?

21         A.   Disconnected service in the sense that

22   they were unable to make or receive phone calls?

23         Q.   Yes.

24         A.   Not that I saw, no.

25              MR. SMITH:  Okay.  At this time,

Page 46

1    Mr. Strohm, my questioning -- my initial questioning

2    for you is concluded, subject to any follow-up that

3    Ms. Steinkraus may have.

4              MS. STEINKRAUS:  All right.  Thank you,

5    Ruel.

6                         EXAMINATION

7    QUESTIONS BY MS. STEINKRAUS:

8         Q.   Hi, Jeff.  Again, my name is Kaelyn

9    Steinkraus and I represent the plaintiff, Angela

10   Garrett, in the Middle District of Florida case that

11   you are here to testify regarding today.

12        A.   Hello.

13        Q.   Thank you for your time.

14             Do you need a break or anything before we

15   get started?

16        A.   No.  I'm -- I'm fine, if everyone else is

17   fine.

18        Q.   Great.  Okay.

19             So we talked a lot about the Greenwich

20   Mean Time today.  I would like to talk about the other

21   option for these voice-over-WiFi calls.

22             If you could please go to the

23   GARRETT-SPRINT DEPOSITION Page 006.

24        A.   Okay.

25        Q.   And please read for the record the second

1   star.  I know we've looked at this before, but I would

2   appreciate that.

3           A.   "WiFi Call Type:  Please note that

4   Sprint does not have the capability to determine the

5   time stamp.  These calls can be reflected in Switch

6   time or GMT."

7           Q.   And what does "Switch time" mean, as it's

8   used here?

9           A.   So switch time traditionally refers to

10  local time.

11              As an example, as someone who lives in

12  Kansas City, if I make or receive a phone call in

13  Kansas City, it's going to utilize a Kansas City

14  switch and, therefore, be reflected upon my records as

15  a Central Time stamp entry.

16          Q.   Okay.  If I could take you to page

17  GARRETT-SPRINT DEPOSITION 023, please.

18          A.   Okay.

19          Q.   Now, we previously looked at Row 126.  If

20  you could please direct your attention there again.

21          A.   Okay.

22          Q.   And what's the date of this row?

23          A.   December 11th, 2015.

24          Q.   And the time?

25          A.   9:50 p.m.

Page 48

1        Q.   And if that time was in switch time, what
2   time would that be?
3             MR. SMITH:   Form.
4        A.   9:50 p.m.
5        Q.   (By Ms. Steinkraus)  And what is the rate
6   type for Row 126?
7        A.   Nights and weekends, anytime usage, and
8   voice-over-WiFi.
9        Q.   Now, if we could please move to Row 129.
10       A.   Okay.
11       Q.   What is the date in that row?
12       A.   December 12th, 2015.
13       Q.   And the phone number?
14       A.   The phone number that is calling the
15   target ending in 4687?
16       Q.   Yes.
17       A.   888-745-2315.
18       Q.   And what is the time of the call?
19       A.   1:40 a.m.
20       Q.   And what would that be in switch time?
21            MR. SMITH:   Form.
22       A.   1:40 a.m.
23       Q.   (By Ms. Steinkraus)  If we could please
24   turn to the next page, 024 --
25       A.   Okay.

Page 49

1      Q.    -- and I could take you to Row 167.

2      A.    Okay.

3      Q.    What is the date in that row?

4      A.    December 16th, 2015.

5      Q.    And what is the phone number?

6      A.    888-745-2315.

7      Q.    And what is the time of the call?

8      A.    11:36 p.m.

9      Q.    And what would that be in switch time?

10           MR. SMITH:  Object to the form.

11     A.    11:36 p.m.

12     Q.    (By Ms. Steinkraus)  All right.  Next,

13  please go to Page 029 --

14     A.    Okay.

15     Q.    -- Row 53.

16           What is the date in Row 53?

17     A.    January 16th, 2015.

18     Q.    And what is the phone number in Row 53?

19     A.    I'm sorry.  Let me double-check on that

20  date real quick.

21     Q.    Sure.

22           [ Witness reviews material ]

23     A.    Yeah, it's January 2015.

24           And I'm sorry.  What was the row number

25  again?

JEFFREY STROHM  5/16/2017

Page 50

```
 1            Q.    (By Ms. Steinkraus)  Sure.  It's Row 53.

 2            A.    Okay.  January 16th at 1:11 a.m. in 2015.

 3            Q.    Okay.  And what would that time be in

 4    switch time?

 5                  MR. SMITH:  Object to the form.

 6            A.    1:11 a.m.

 7            Q.    (By Ms. Steinkraus)  And what is the

 8    phone number that called the target ending in 4687?

 9            A.    888-745-2315.

10            Q.    And if I could direct your attention to

11    Row 84 on that same page, 029 --

12            A.    Okay.

13            Q.    -- what is the date?

14            A.    January 23rd, 2015.

15            Q.    And what is the phone number in Row 84?

16            A.    888-745-2315.

17            Q.    And what is the time of the call?

18            A.    9:13 p.m.

19            Q.    And what would that be in switch time?

20            A.    9:13 p.m.

21            Q.    If I could direct your attention to

22    Page 031 --

23            A.    Okay.

24            Q.    -- Row 42.

25            A.    Okay.
```

JEFFREY STROHM   5/16/2017

Page 51

1          Q.    What is the date in Row 42 on this page?

2          A.    February 12th, 2015.

3          Q.    And what is the phone number that called

4     the target ending in 4687?

5          A.    844-335-5695.

6          Q.    And what is the time of the call in

7     Row 42?

8          A.    11:43 p.m.

9                MR. SMITH:  Object to the form.

10         Q.    (By Ms. Steinkraus)  And what would that

11    be in switch time?

12               MR. SMITH:  Form.

13         A.    Eleven- --

14         Q.    (By Ms. Steinkraus)  You can answer.

15         A.    11:43 p.m.

16         Q.    And so as we've discussed, can you tell

17    me the difference -- or how you can tell when the

18    Greenwich Mean Time or the switch time is used on

19    voice-over-WiFi calls?

20         A.    I'm not able to make that determination.

21    I don't know one way or another.

22         Q.    Okay.  And now I'd like to direct the --

23    your attention to the gateway and SWAT calls that we

24    discussed as located on Page 006.

25         A.    Okay.

```
 1           Q.   Are gateway or SWAT calls used when a
 2   voice-over-WiFi call is placed?
 3           A.   Are gateways or SWATs used when a
 4   voice-over-WiFi phone call takes place, is the
 5   question.  Correct?
 6           Q.   Correct.  Is that a possibility?
 7           A.   No.  It's a completely different network
 8   platform, so no.
 9           Q.   So just to clarify, gateway and SWAT
10   calls are only used when it's over the telephone
11   networks like a tower?
12           A.   Correct.
13           Q.   And so if it's a voice-over-WiFi call,
14   the gateway and SWAT system does not apply.
15           A.   Correct.
16           Q.   And you can say that with 100 percent
17   certainty?
18           A.   Yes.
19                MR. SMITH:  Object to the form.
20           A.   Yes.
21                MS. STEINKRAUS:  Thank you.  I think that
22   will conclude my questions for you.  Thank you for
23   your time, Jeffrey.
24                THE WITNESS:  You're welcome.
25
```

Page 53

1                          EXAMINATION

2    QUESTIONS BY MR. SMITH:

3            Q.    Mr. Strohm -- Mr. Strohm, just a couple

4    of follow-ups.

5            A.    Sure.

6            Q.    Gate- -- gateway and SWAT calls which

7    concern whether a call -- which concern a call passing

8    through a cell phone tower, is there any way that

9    those simply don't appear in the bill reprints?

10           A.    In the bill reprints?

11                 Well, because the bill reprints only

12   includes billable phone calls, yes, there's a chance

13   that a gateway or SWAT was utilized and it did not

14   appear in the bill reprint.  Absolutely.

15           Q.    Would a -- would a call that was not

16   connected appear in the bill reprints?

17           A.    Not connected in the sense that no

18   connection was made to that network?  No, it would not

19   appear.

20           Q.    Okay.  Do you have any experience with

21   call blocking applications?

22           A.    Extremely limited.  I merely know that

23   they exist, and I can't really draw anything further

24   than just that.

25           Q.    Do you know anything about the effect of

JEFFREY STROHM   5/16/2017

Page 54

1    a call blocking application on whether a call would be

2    recorded in the bill reprint records?

3              MS. STEINKRAUS:  Objection, form.

4         Q.   (By Mr. Smith)  Answer if you know.

5         A.   I don't know.

6         Q.   So there are circumstances where calls

7    could have been placed, dialing a target number, but

8    not be reflected on the bill reprints.  Correct?

9         A.   Yes, that is possible.

10        Q.   And the best source for determining

11   information about those calls would be the records of

12   the originating caller, correct?

13             MS. STEINKRAUS:  Objection, form.

14        Q.   (By Mr. Smith)  You can answer.

15        A.   That would be an avenue that might lend

16   itself to identifying the phone call, yes.

17             MR. SMITH:  Mr. Strohm, I appreciate very

18   much your time today.  We are -- this concludes your

19   deposition.

20             There is, in Florida and I'm sure in

21   other places, your option to either read your

22   testimony and sign, attesting to it, or to waive the

23   reading of the testimony.

24             Am I -- am I right that you've not been

25   represented by counsel in any fashion today, right?

Page 55

1           THE WITNESS:  I have not.  Correct.

2           MR. SMITH:  So this question is properly

3   directed to you.

4           Are you interested in reading and signing

5   your deposition or in waiving the reading of your

6   deposition?

7           THE WITNESS:  I'll waive.

8           MR. SMITH:  Okay.  Thank you very much

9   for your time, sir.  Hope you have a pleasant rest of

10  your morning and afternoon.

11          THE WITNESS:  All right.  Thanks, guys.

12          MS. STEINKRAUS:  Thanks, Jeffrey.

13          THE VIDEOGRAPHER:  Off the record,

14  10:09 a.m.

15      (Deposition concluded at 10:09 a.m.)

16

17

18

19

20

21

22

23

24

25

JEFFREY STROHM  5/16/2017

Page 56

```
 1              CERTIFICATE OF REPORTER

 2   STATE OF MISSOURI   )

                         ) ss.

 3   CITY OF KANSAS CITY )

 4            I, Charles W. Motter, Missouri CCR No.

 5   617, do hereby certify that the witness whose

 6   testimony appears in the foregoing deposition was duly

 7   sworn by me; that the testimony of said witness was

 8   taken by me to the best of my ability and thereafter

 9   reduced to typewriting under my direction; that I am

10   neither counsel for, related to, nor employed by any

11   of the parties to the action in which this deposition

12   was taken, and further that I am not a relative or

13   employee of any attorney or counsel employed by the

14   parties thereto, nor financially or otherwise

15   interested in the outcome of the action.

16

17

18                           Certified Court Reporter

19

20

21

22

23

24

25
```

**A**

**a.m** 1:23,23 3:11
3:12 5:1,6
31:25 32:19
34:5,12 48:19
48:22 50:2,6
55:14,15
**abbreviation**
27:20
**ability** 10:3,11
14:20 56:8
**able** 9:19 11:1
13:6,19 14:11
14:14,19 17:22
23:11,15 27:16
44:4,15,20,23
44:24 45:2,3,12
51:20
**absolutely** 10:1
27:6 28:11
53:14
**access** 14:20
40:16
**account** 15:21
16:8 20:9 29:4
**accuracy** 18:1
**accurate** 10:4
11:2 19:5 20:12
41:6
**accurately** 16:1
19:16 21:9 43:5
43:9 44:7
**acronym** 40:16
**action** 56:11,15
**activity** 42:3,7
**additional** 23:20
**adopting** 17:19
**afternoon** 55:10
**age** 6:17
**agree** 9:6,14,25
**AGREED** 6:8
**agreeing** 11:8
**ahead** 23:25
28:13,18,22
31:6 32:12
**alcohol** 10:11

**amended** 2:7
12:1 14:6
**amount** 15:19
**and/or** 25:4
**Angela** 1:3 3:3
3:17 5:9 6:5 7:2
16:2 20:9 21:11
46:9
**answer** 31:13,21
33:24 35:9 36:4
38:25 39:13,14
39:17 44:9,19
51:14 54:4,14
**answering** 9:3,5
**answers** 8:23
9:13
**anytime** 19:6
25:7,15 30:23
32:8 33:14 34:9
35:2,18 48:7
**apologies** 7:18
**appear** 14:12
20:3 25:11,14
34:8 38:1 45:18
53:9,14,16,19
**appearing** 14:15
**appears** 15:14
25:19 42:4,14
56:6
**application** 54:1
**applications**
53:21
**applied** 37:8
**applies** 26:13
27:6
**apply** 26:8,10
27:3 52:14
**appreciate** 11:8
47:2 54:17
**appropriate**
12:17
**approximately**
19:23
**April** 20:22
**area** 10:25 12:19
37:25 40:21

**areas** 12:13,18
40:18,20
**Ashley** 4:9
**asked** 12:14
**asking** 8:25 9:1
**associated** 14:3
18:23 25:3,8
**Association** 1:7
3:6,18 5:10,25
6:24 7:3
**assuming** 19:2
**assumption**
37:25 38:22
**asterisk** 40:7
**attached** 2:12
14:6
**attachments** 12:9
**attempt** 9:5,18
**attention** 44:23
47:20 50:10,21
51:23
**attesting** 54:22
**attorney** 6:22
56:13
**attorneys** 5:18
**August** 11:8
**authenticate**
13:6
**Authentication**
12:19
**available** 23:5,9
**avenue** 54:15
**aware** 13:1

**B**

**B** 2:8 5:2 15:5,17
18:16,21 20:17
40:4
**back** 26:4 28:16
28:25
**band** 43:1
**based** 11:4 37:10
37:24
**basic** 16:7
**Bates** 15:7,12
18:15,22 28:25

30:15 40:4
**Bay** 10:25
**bearing** 34:21
36:7
**bears** 34:4 35:15
36:13
**beginning** 19:20
20:19,20,21,22
20:22,23
**behalf** 1:21 6:17
12:5
**belief** 37:20
**believe** 15:6
18:12 22:14
**Bersbach** 17:10
17:16,25
**best** 10:5 54:10
56:8
**bill** 22:21,24 23:5
23:16,20 24:2,3
25:20 26:2,10
26:14 27:4,7,10
29:3 36:18
37:10,13 38:1
38:20 41:8,11
42:5,10,12,15
42:20 53:9,10
53:11,14,16
54:2,8
**billable** 22:22
23:23 53:12
**bit** 26:5
**blocking** 53:21
54:1
**bottom** 13:11,14
15:7
**break** 46:14
**brevity** 10:21
**brought** 12:5
**business** 7:15
16:17,20 17:7
18:9 19:9 21:25
22:3,12 43:16
43:19 44:1

**C**

**C** 2:10 4:1 5:2
23:13,18 24:1
42:25 43:4,24
44:5,14 45:7
**call** 2:10 10:20
12:20 13:7,11
13:15,20,25
14:6,12,15,22
18:24 19:6,12
19:14,16,25
20:7,17 21:3,4
21:7,17 22:18
22:20 23:12,19
24:8,12,15,18
24:19,22 25:6,7
25:16,16,16,17
25:22 26:7,12
26:13,18,19,20
26:24 27:6,9,12
29:11,14,15,19
29:21,24 30:3,9
30:11,13,15
31:10,18,24
32:5,10,14 33:6
33:6,13,16 34:4
34:11,13,13,21
34:23 35:5,6,14
35:17,20,23,24
36:7,11,14,15
36:18,20,21
37:2,24 38:6
41:2,6,9,13,15
41:19 42:4,5,19
43:9,12,20 44:5
44:14,22 45:3,6
45:8,11,14 47:3
47:12 48:18
49:7 50:17 51:6
52:2,4,13 53:7
53:7,15,21 54:1
54:1,16
**called** 23:12
40:15 50:8 51:3
**caller** 54:12
**calling** 38:7,17
38:21 48:14

calls 14:16 20:8
  20:13 21:10
  22:22 23:6,21
  23:23 24:14,15
  25:4 27:1 37:8
  37:11,21 38:1,5
  38:7,8,14,23
  39:11 40:18
  44:14 45:15,22
  46:21 47:5
  51:19,23 52:1
  52:10 53:6,12
  54:6,11
capabilities
  14:15
capability 26:25
  47:4
capable 13:5
capacity 8:11
capture 9:19
captured 44:6
case 1:5 3:5 5:10
  6:5 13:2 19:12
  31:15,16 46:10
cause 3:14 39:8
CCR 1:24 3:14
  4:12 56:4
CDMA 13:25
  14:5 26:6,12,17
  26:20
cell 25:23 41:2,7
  41:16,17,20
  42:17 53:8
Central 28:1,3
  28:14,18,22
  29:25 30:1 31:6
  31:10,18 32:12
  32:14,22 33:21
  34:14 35:7,25
  36:16,22 38:9
  38:21 47:15
certain 3:14 8:15
certainly 39:22
certainty 52:17
CERTIFICATE
  56:1

Certified 6:12
  56:18
certify 56:5
chance 53:12
change 36:12
charges 24:9
Charles 1:24
  3:13 4:12 6:11
  56:4
Chuck 5:14
circumstances
  39:3 54:6
city 3:13 4:16 7:8
  7:11,12 24:16
  47:12,13,13
  56:3,3
clarify 52:9
Clearwater 4:4
  30:4,8,10 40:20
client 6:25
clocks 28:16,20
cmotter@mid...
  4:13
code 13:12,15
  25:19 32:9 36:8
  36:13
codes 13:11,14
  25:3,10,13,15
  26:9 27:4 30:21
  32:6 33:12 34:7
  35:1,16,17
  37:25
column 24:13,24
  25:11,14,20
  26:3 29:8,18
  34:8 39:4,16
  41:21 45:5,11
columns 24:3,4,6
  24:7
coming 7:7
commenced 5:1
complete 9:3
completely 52:7
completeness
  18:2
compliance

11:16 17:11
Composite 2:8
  15:5
concern 53:7,7
concerning 16:8
conclude 52:22
concluded 46:2
  55:15
concludes 54:18
confidence 37:15
conjunction 14:2
connect 25:22
connected 53:16
  53:17
connection 53:18
considered 28:8
  28:9 40:20
contained 17:1
  43:12
control 16:12
  43:13
corporate 5:8
  10:15 17:11
correct 7:9,10,16
  10:17,18 11:3
  12:6,7 13:13
  14:10 16:9,10
  18:3,6 20:1,5
  20:25 21:1,16
  22:10,21,23
  23:1,21,24 24:4
  24:10,11 25:11
  27:15,17,23,24
  28:2,15,19,22
  28:23 29:7,12
  30:12 31:2,3,7
  31:11,22 33:18
  33:19,22,25
  34:6,15,18 35:7
  35:10,21,22
  36:3,5,16,17,24
  36:25 37:3,4
  41:25 42:10
  43:3 45:4,15
  52:5,6,12,15
  54:8,12 55:1

correctly 23:3
correspond 45:7
corresponding
  29:4
counsel 6:9,9
  12:22 13:2 14:1
  15:2 54:25
  56:10,13
counsel's 13:8,22
country 8:6
couple 53:3
course 16:16,20
  17:6 19:9 21:25
  22:3 43:16,19
court 1:1 3:1,15
  4:12 5:11 6:6
  6:12 8:21 9:9
  9:19 56:18
Credit 1:6 3:6,17
  5:9,24 6:24 7:3
CRR 6:12
Culbertson 4:8
  5:23
custodian 10:23
  11:13 12:14
  17:19,22
custodians 10:25

                D
D 2:1
Dallas 28:3
data 24:3,4
date 5:5 24:7
  29:13,14 31:4
  47:22 48:11
  49:3,16,20
  50:13 51:1
dated 15:2 34:4
day 3:12
Daylight 36:12
  38:10
December 20:17
  21:12 29:6
  30:16 31:4,24
  32:11,16,18
  33:8 47:23

48:12 49:4
decipher 42:24
defendant 1:8,21
  3:7,18 4:7 5:24
  6:10,18,23
definitely 42:7
degree 37:14
demand 19:4,12
demands 11:18
  11:19
department
  11:16
depending 28:12
  38:19
depicts 43:9
deposes 6:18
deposition 1:20
  2:7,9,9 3:9 5:1
  5:7,13 6:10,24
  7:1,9,24 8:4,15
  8:19 11:24 12:2
  14:7 15:6,8,13
  18:16 19:20,25
  21:8 33:4 46:23
  47:17 54:19
  55:5,6,15 56:6
  56:11
describe 18:20
  19:16 24:12,23
described 13:20
  22:24 26:9
DESCRIPTION
  2:6
designate 12:14
destination 24:8
  24:13,15,17,19
destinations
  37:24
detail 2:10 13:7
  14:12 18:24
  23:12,19 26:13
  26:13,18,21
  27:6,10 41:9,13
  42:4,5 43:9,12
  43:21 45:6,12
detailed 13:24

23:4,9 26:11
**details** 13:15
  15:21 20:1,8,18
  21:4,8,18 22:20
**Details'** 12:20
  13:12
**determination**
  51:20
**determine** 27:1
  37:7 39:7 44:15
  44:20,24 45:12
  47:4
**determining**
  54:10
**dialing** 54:7
**difference** 51:17
**different** 8:5,17
  8:17 25:3 52:7
**digging** 40:2
**direct** 44:23
  47:20 50:10,21
  51:22
**directed** 55:3
**direction** 56:9
**disconnected**
  45:20,21
**discuss** 13:13
  14:11,14,19
**discussed** 18:6
  21:8 51:16,24
**discusses** 13:10
  26:9
**distinguish** 9:10
**District** 1:1,1 3:1
  3:1,15,16 5:11
  5:11 7:4 46:10
**Division** 1:2 3:2
  3:16 5:12
**document** 15:7
  19:8,15
**documents** 14:25
  19:4
**doing** 7:15
**double-check**
  49:19
**draw** 53:23

**Drive** 4:9
**drugs** 10:11
**duces** 11:20 15:1
**duly** 56:6
**duties** 11:12
**dynamic** 39:10
**dynamics** 39:7
  39:19

———— E ————
**E** 2:1 4:1,1
**earlier** 26:6
  36:16,22 38:9
  38:11
**Eastern** 30:4,6
  30:11,12 38:2
**effect** 18:8 27:9
  53:25
**eight** 18:18
**either** 20:8 27:9
  27:16 28:13
  31:1 33:17
  35:21 36:8 38:8
  38:9,18 41:8
  45:16 54:21
**Eleven-** 51:13
**employed** 56:10
  56:13
**employee** 8:11
  56:13
**ends** 21:13
**England** 27:23
**entity** 10:20
  26:15
**entries** 16:25
**entry** 29:18,20
  33:4 42:4,14
  45:14 47:15
**especially** 13:12
**essential-** 16:6
**essentially** 16:7
**events** 43:20
**EXAMINATI...**
  6:19 46:6 53:1
**examined** 3:10
  6:17

**example** 20:6
  25:5 29:23
  47:11
**excuse** 18:18
  19:24 24:3 29:6
  43:7
**exhibit** 2:6,7,8,8
  2:10 11:23
  12:10,10 14:7
  15:5,17 18:16
  18:21 20:17
  23:13,18 24:1
  40:4 42:25 43:4
  43:24 44:5,14
  45:6
**exhibits** 2:5,12
  5:2
**exist** 53:23
**experience** 53:20
**explain** 11:12
  13:19 40:11
**expressly** 6:14
**extent** 11:6
**Extremely** 53:22

———— F ————
**fair** 18:20 20:4
  22:17 28:6 36:7
**fall** 28:17 36:12
**far** 42:3,11
**fashion** 54:25
**Fax** 4:5,10,17
**February** 20:20
  35:14 51:2
**field** 32:7
**fielded** 29:13,14
**fielding** 40:14,18
**fifty-** 35:5
**file** 16:2
**financially** 56:14
**find** 24:24
**fine** 46:16,17
**finished** 40:9
**firm** 5:23 6:4
**first** 5:21 8:19
  12:19 15:16

**five** 28:13,21
  36:22 38:8,9,18
**FL** 4:4,9
**Florida** 1:1 3:1
  3:16 5:12 7:4
  30:2,7 40:20
  46:10 54:20
**follow-up** 46:2
**follow-ups** 53:4
**follows** 18:17
**footnote** 26:19
**foregoing** 56:6
**form** 31:12,20
  32:25 33:23
  34:16 35:8 36:2
  38:15,24 44:8
  44:17 48:3,21
  49:10 50:5 51:9
  51:12 52:19
  54:3,13
**format** 23:16
**forth** 16:22 17:19
  43:4
**forty-** 32:24
**forward** 10:21
  28:20 36:19
**four** 15:16,22
**fourth** 40:6 41:1
**frequently** 39:15
  39:20
**front** 11:24 14:8
  15:5,10
**full** 26:19 40:6
**fully** 9:22,23
**further** 53:23
  56:12

———— G ————
**gal** 12:16
**Garrett** 1:3 3:3
  3:17 5:9 6:5 7:3
  16:2 20:9 21:8
  21:11 22:19
  30:7 46:10
**Garrett's** 16:8
  21:22 29:4 33:7

**GARRETT-SP...**
  2:8,9 15:8,13
  18:16 19:20,25
  33:3 46:23
  47:17
**Gate-** 53:6
**gateway** 14:19,21
  40:12,13,22
  41:2,7,15,20
  42:6,12,16,19
  42:23 51:23
  52:1,9,14 53:6
  53:13
**gateways** 52:3
**generally** 13:19
  23:11
**give** 6:23 10:4
**given** 7:24 35:4
  37:2
**giving** 7:20
**GMT** 27:2,14,19
  36:21 44:16
  45:13 47:6
**go** 8:14 12:15
  15:21 23:25
  26:4 35:11
  46:22 49:13
**goes** 19:1 23:10
**going** 10:21
  20:18 24:15
  29:20 30:1,4,5
  47:13
**good** 5:20 6:21
  9:7
**Gray** 4:14 5:15
**great** 15:19 46:18
**Greenwich** 27:21
  27:22,23 28:7
  28:13,17,21
  31:1,5,9,17
  32:11,13,17,23
  33:17,20 34:12
  35:5,21,24 36:9
  36:14 38:12,14
  38:23 39:5,8,11
  45:16 46:19

51:18
**ground** 8:15
**guy** 12:16
**guys** 55:11

**H**
**happen** 9:16
**happens** 27:5
**head** 9:10,11
40:1
**hear** 9:16,21
**heard** 8:16
**heavily** 40:18,21
**held** 5:13
**Hello** 46:12
**Hi** 46:8
**Hinshaw** 4:8
5:23
**Hope** 55:9
**hours** 3:11 28:13
28:18,22 31:6
32:12 36:16,22
38:9,10,13,19

**I**
**identification** 5:3
11:23
**identified** 42:11
**identify** 34:7
45:2,3
**identifying** 54:16
**illness** 10:8
**impair** 10:11
**important** 8:23
**impression** 37:20
**inaccurate** 18:13
22:15
**include** 11:19
22:22 24:7
25:15
**includes** 53:12
**including** 12:9
15:20 20:17
40:20
**incoming** 24:20
33:6 38:5

**indicate** 37:1
42:15,23
**indicated** 25:18
33:13 35:17
36:21 37:9
**indicates** 27:11
36:8 42:6,7
**indicating** 14:16
38:8,18
**individual** 12:17
**infirmity** 10:8
**influence** 10:10
39:7
**information**
14:21 15:20,21
15:25 16:1,7,11
16:15,21,25
17:3,6,19,24
18:12 21:7,17
21:21 22:8
24:13,24 27:3
41:3,16,18,20
41:22,24 43:4,5
43:11,24 54:11
**initial** 46:1
**interested** 55:4
56:15
**international**
28:8,9
**interpret** 18:19
19:16
**introduce** 5:19
**issued** 13:2

**J**
**J-e-f-f-r-e-y** 7:22
**Jacksonville** 30:3
**January** 20:19
29:5 34:4,12,14
34:21 35:7
49:17,23 50:2
50:14
**Jeff** 46:8
**Jeffrey** 1:20 3:10
5:8 6:10,16
7:21 52:23

55:12
**jurisdictions**
8:17

**K**
**K-a-e-l-y-n** 6:3
**Kaelyn** 4:3 6:1
46:8
**kaelyn@ziegle...**
4:6
**Kansas** 3:13 4:16
7:8,11,11,12,16
7:17 11:5 27:25
29:24 47:12,13
47:13 56:3
**kept** 16:7,12 18:4
18:5 21:18
43:12
**key** 13:25 14:5
18:19,23 19:2
26:6,8,12,17,20
**kinds** 22:12
**knew** 22:4
**know** 9:23 18:11
31:14 39:6,6,13
39:14,17,19,24
44:10 47:1
51:21 53:22,25
54:4,5
**known** 8:12
10:16 16:22
17:3

**L**
**L.P** 1:7 3:6,18
5:10,25 6:24
7:3 8:12 10:16
**labeled** 14:16
18:16 19:25
24:24
**large** 43:1
**law** 4:3 5:22 6:3
6:4 15:15
**lawful** 6:17
**lawsuit** 6:23 7:2
**left** 8:21 29:9

43:2
**legal** 5:15 11:15
11:17,19 19:4
**legitimate** 41:21
**lend** 42:22 54:15
**let's** 23:25 30:3
37:5
**letter** 15:14,20
15:22 16:12,16
16:22 17:1,6,10
17:20,21,25
**likewise** 9:4
**limited** 53:22
**line** 30:15 31:23
33:3,4,4 34:2
34:20 35:12
**listed** 30:16 32:4
32:6 34:21
**lists** 27:10
**Litigation** 3:12
4:15 5:14,16
**little** 26:5
**lives** 47:11
**LLP** 4:8
**local** 10:24 27:12
37:3 39:8,11
45:16 47:10
**located** 7:8 13:11
13:14 30:5
51:24
**location** 41:22,24
**Locust** 3:13 4:15
**long** 11:5
**look** 30:14 34:2
35:11 40:6,8,8
**looked** 47:1,19
**looking** 20:7
22:22 23:16
24:2 29:2,3
**lot** 46:19

**M**
**maintain** 16:15
**maintained**
16:12 19:8
21:19,24 43:13

43:15
**maintains** 23:4
**making** 24:18
**manner** 18:4
42:21
**March** 20:21
**marked** 5:2
23:13
**Mary** 7:23
**material** 40:10
49:22
**matter** 5:8,24
11:7
**mean** 24:20
27:20,21,22
28:7,13,17,21
31:1,5,6,9,17
31:18 32:11,13
32:17,18,23
33:17,21,21
34:13 35:5,21
35:24 36:9,14
38:12,14,23
39:5,8 46:20
47:7 51:18
**meaning** 13:10
13:14 31:16
**means** 11:9 24:21
25:23 31:9
32:13
**mechanism**
40:13,17
**mentioned** 6:22
20:14
**merely** 53:22
**messages** 40:14
**Michael** 4:3 6:4
15:14,15
**Michelle** 17:10
17:16,25
**Middle** 1:1 3:1
3:16 5:11 7:4
46:10
**midst** 8:25 9:1
**Midwest** 3:12
4:15 5:13,16

| | | | | |
|---|---|---|---|---|
| minutes 24:9 | night 25:6 | office 4:3 6:4 | outcome 56:15 | passed 29:11 |
| Missouri 1:24 | nights 30:22 32:8 | 15:15 43:13 | outside 23:14 | passes 41:6 |
| 3:13,14 4:12 | 33:14 34:9 35:2 | offices 16:13 | Overland 7:17 | passing 53:7 |
| 7:12,13,15 56:2 | 35:18 48:7 | 21:19 | 7:18 11:4 27:25 | PCS 8:11 10:15 |
| 56:4 | nine 18:17,21 | official 18:8 | 29:24 | pending 3:15 |
| MO 4:16 | 35:4 | okay 7:11,14 8:7 | oversee 17:15 | percent 52:16 |
| moment 10:8 | nods 9:10 | 8:14 10:14,21 | | period 16:3 23:8 |
| 26:5 37:6 42:25 | non-WiFi 37:25 | 10:24 11:4,22 | **P** | 38:10,11 |
| momentarily | nonverbal 9:12 | 12:13 13:5,10 | P 4:1,1 | person 8:24 |
| 12:15 | normal 16:16 | 14:5,11,19,24 | P.L 4:3 | 13:13 16:20 |
| month 20:4,10 | 21:24 22:12 | 15:12,12,19,25 | p.m 30:17 31:9 | 22:3 39:24 |
| 20:14 29:5,6 | 29:18,20 43:16 | 16:6,11 17:15 | 31:11,19 32:15 | 43:19 |
| monthly 21:4,7 | North 4:4 | 17:18,24 18:8 | 32:16 33:1,8,22 | persons 39:24 |
| months 20:17 | note 26:25 47:3 | 18:11,15 19:8 | 34:15,17,22 | phone 11:18 16:2 |
| 23:13,14 | noted 17:9 | 19:11,15,19,22 | 35:5,7,15,25 | 20:9,13,13 |
| morning 5:20 | notice 2:7 12:1,4 | 20:6,16 23:25 | 47:25 48:4 49:8 | 21:11,15,22 |
| 6:21 55:10 | 14:6 | 24:12 25:10 | 49:11 50:18,20 | 22:4,5,22 23:10 |
| Motter 1:24 3:14 | November 15:2 | 26:4 27:8,25 | 51:8,15 | 23:11 24:8,14 |
| 4:12 5:15 6:11 | 16:3,4 20:10,14 | 28:12,16,24 | page 2:2,6 12:10 | 24:15,17,18,22 |
| 56:4 | 21:13,18,23 | 29:1,8 30:14,20 | 12:11 14:7 | 25:4,6,7,16,16 |
| move 14:22 | 43:6,7,8 | 31:4,23 32:3 | 17:12 20:18,18 | 25:17,21,23 |
| 19:19,21 23:25 | number 5:10 | 33:2 34:3 35:13 | 20:19,20,21,23 | 29:4,12,13,15 |
| 48:9 | 12:21,24 13:10 | 40:5,11,24 42:9 | 20:24 26:4,17 | 29:21,24 30:3,9 |
| moves 41:2,15 | 14:3 15:7,12,13 | 43:23 44:4 | 26:17,20 29:3 | 30:10,13 33:7 |
| moving 18:15 | 16:3 20:9,10,14 | 45:10,17,25 | 30:15 33:3 34:1 | 33:10 37:11 |
| 31:23 34:20 | 21:11,15 23:10 | 46:18,24 47:16 | 34:20 35:11 | 38:1 39:11 |
| | 23:11 24:8,17 | 47:18,21 48:10 | 41:1 46:23 | 40:18 41:19 |
| **N** | 24:18,21 28:25 | 48:25 49:2,14 | 47:16 48:24 | 42:17 43:6 45:3 |
| N 2:1 4:1 | 29:5 33:10 40:4 | 50:2,3,12,23,25 | 49:13 50:11,22 | 45:15,19,22 |
| name 5:14,15,20 | 43:6 45:7,19 | 51:22,25 53:20 | 51:1,24 | 47:12 48:13,14 |
| 5:21,22 6:1,21 | 48:13,14 49:5 | 55:8 | page- 18:18 | 49:5,18 50:8,15 |
| 7:20,21,22 46:8 | 49:18,24 50:8 | opportunity | pages 15:16,22 | 51:3 52:4 53:8 |
| near 17:2 22:6 | 50:15 51:3 54:7 | 14:24 | 18:18,21,22 | 53:12 54:16 |
| necessarily 23:23 | NW 25:5 | opposed 26:14 | 19:24 | ping 30:5 |
| 27:12 | | 39:5 | paragraph 26:19 | pinging 30:9 |
| need 46:14 | **O** | option 46:21 | 26:22 40:7,25 | place 7:14 52:4 |
| needed 11:6 | Object 49:10 | 54:21 | 41:1 | placed 52:2 54:7 |
| NEID 45:5,11 | 50:5 51:9 52:19 | Orchard 7:15,16 | Park 7:15,16,17 | places 54:21 |
| neither 56:10 | Objection 31:12 | ordinary 7:14 | 7:18 11:4 27:25 | plaintiff 1:4 3:4 |
| network 14:20 | 31:20 32:25 | 19:9 30:11,13 | 29:24 | 3:17 4:2 6:5,9 |
| 25:22 29:11,13 | 33:23 34:16 | organization | particular 25:2 | 46:9 |
| 29:14 40:17 | 35:8 36:2 38:15 | 39:19 | 45:14 | plaintiff's 12:22 |
| 42:3,7 52:7 | 38:24 44:8,17 | organized 20:3 | particularly | 13:2,8,22 14:1 |
| 53:18 | 54:3,13 | originating 54:12 | 13:15 | 15:2 |
| networks 40:22 | occurred 43:21 | outbound 24:14 | parties 56:11,14 | plan 25:1,9,15 |
| 52:11 | occurring 42:8 | 24:15,18 | party 38:7,18,21 | platform 52:8 |

pleasant 55:9
please 5:18 6:7
  11:12 19:21
  26:25 34:2,25
  46:22,25 47:3
  47:17,20 48:9
  48:23 49:13
point 31:5
points 14:20
populated 40:18
  40:21
populates 41:20
portions 13:7
position 10:19,22
possess 13:24
possibility 39:23
  52:6
possible 11:10
  54:9
potentially 23:20
  23:22
practice 16:19
  22:2 43:18
practices 17:7
  22:12 44:1
preceded 40:7
premarked
  11:23
present 5:18
  42:12 45:11
presently 7:8
  11:7
preserve 11:10
previously 47:19
prior 38:19
Probably 8:4
processed 22:5
produced 3:10
  6:17 11:15
  12:22 13:7,21
  14:25
producing 13:3
production 14:2
properly 55:2
Protection 1:6
  3:6,17 5:9,24

6:24 7:3
provide 11:1
  23:12,15
provided 8:8
  14:1
providing 11:18
PTN727452467
  13:21
purposes 18:5
pursuant 12:22

**Q**
question 8:25 9:1
  9:2,22,23 22:23
  31:14 44:11
  52:5 55:2
questioning 46:1
  46:1
questions 2:2
  6:20 8:23 21:5
  46:7 52:22 53:2
quick 40:8 49:20

**R**
R 4:1
R-u-e-l 5:21
rate 24:9,24
  25:11,14,19
  26:2 30:20,21
  32:4,5,6 33:12
  34:8,25 35:1,16
  35:17 36:8,13
  36:21 48:5
RDR 6:11
read 46:25 54:21
reading 54:23
  55:4,5
real 49:20
really 18:17 39:6
  39:13 53:23
reason 18:11
  22:14
recall 10:12
receive 29:23
  30:3 45:22
  47:12

received 22:8,18
  25:4 29:22
  37:12 38:5 39:1
  39:9,12
receives 25:21
  30:9
receiving 24:22
  29:11
recited 7:2
recognize 8:18
recollection 10:5
record 5:4 7:20
  16:21 17:19
  18:9,24 20:11
  23:5 26:14 27:6
  38:3,6 41:8,10
  41:12,13 42:4,5
  46:25 55:13
recorded 8:20,20
  29:10 54:2
recording 43:20
recordkeeping
  17:2
records 2:10
  10:23 11:12,15
  11:18 12:14
  13:3,7,20,20
  14:2,16 17:23
  17:25 18:2 19:6
  19:13,14,17,19
  20:19,20,21,22
  20:23 21:10,15
  21:22 22:4,5,5
  22:12 23:4,9,12
  23:19 36:9 37:1
  38:17 39:1,7
  43:10,12 45:1
  45:18 47:14
  54:2,11
recover 14:21
recoverable 41:3
  41:17
reduced 56:9
refer 11:22
refers 47:9
reflect 16:1 21:9

29:21 31:1
  38:23
reflected 17:1
  22:19 23:18,19
  27:2 29:17
  30:10 31:17,24
  33:17 35:20
  36:14,20 38:2
  38:20 39:4,5,21
  42:20 44:7,14
  45:13 47:5,14
  54:8
reflecting 38:14
reflects 24:13,19
  31:9 32:13
  33:20 35:24
  43:5 44:16
regarding 39:10
  46:11
region 11:1
regular 16:16,19
  16:19 17:7
  21:24 22:2,3
  43:15,18,19
  44:1
related 56:10
relative 56:12
relied 41:22,23
  42:1
rely 17:5 22:11
  43:23
repeat 37:18
  44:11
repeated 9:22
rephrase 9:24
  38:16
report 13:7 18:24
  26:14 27:7,9
  41:13 42:4,6
reporter 4:12 5:3
  6:7,12 8:21
  9:10,19 56:1,18
reporter's 5:14
reports 12:20
  13:12 14:6,12
  23:20 26:7,11

26:13,18,21
  27:10 41:8,9
  43:21 45:6,12
Reports' 14:1
represent 5:23
  6:5 46:9
representative
  5:8 10:15
represented 26:1
  39:15 54:25
representing
  26:1
represents 24:16
  25:6,7
reprint 24:3 26:2
  27:7,10 38:20
  41:8 42:5,13,15
  42:20 53:14
  54:2
reprints 22:21,25
  23:5,16 24:2
  25:20 26:10,14
  27:4 29:3 36:18
  37:10,13 38:1
  41:11 42:10
  53:9,10,11,16
  54:8
request 23:15
resident 30:8,8
respect 42:2
responding
  11:17,19
responds 19:3
response 13:8
  15:1
responses 9:12
responsible
  11:14,17 40:14
responsive 13:22
rest 55:9
resulted 13:3
retain 14:21
retained 41:3,16
  42:10
review 14:25
reviewed 45:17

**JEFFREY STROHM 5/16/2017**

reviews 40:10
49:22
rgray@midwe...
4:14
right 7:18 8:22
12:4 14:9 15:4
17:9 18:9,25
19:23 21:3,5
24:23 28:1,10
28:14,18,24
29:6 31:6,19
33:9 34:5 36:1
40:3 45:5 46:4
49:12 54:24,25
55:11
right-hand 45:6
road 11:16
routinely 17:5
22:11 43:23
row 47:19,22
48:6,9,11 49:1
49:3,15,16,18
49:24 50:1,11
50:15,24 51:1,7
rsmith@hinsh...
4:11
rubber 43:1
rude 9:18
Ruel 4:8 5:21
6:22 46:5
rule 39:22
rules 8:15
Ryan 4:14 5:15

**S**

S 4:1
S-m-i-t-h 5:22
S-t-e-i-n-k-r-a-...
6:3
S-t-r-o-h-m 7:22
Savings 36:12
38:10
saw 45:24
says 6:18 15:8
26:24 41:1
seated 8:21

second 26:17,19
26:20 29:9
46:25
second-to-last
40:25
security 17:11
see 11:25 12:10
12:24 15:16,23
17:13 25:5
26:22 27:3,9
29:8 30:15,18
32:1,3 33:4
34:23 35:14
41:4
send 19:6
sense 45:21 53:17
sent 19:3,7,11
sentence 40:25
41:14,15
separate 26:15
service 45:20,21
Services 3:12
4:15 5:14,17
set 11:7 16:21
17:19 23:4 25:2
25:9 43:4
seven 24:3,5,6
32:24
shakes 9:11
shorthand 6:11
shoulders 9:11
show 24:16 44:4
showing 33:8
34:12
shown 35:1
43:20,24
shrugs 9:11
side 45:6
sign 54:22
signal 25:24 26:1
signature 6:13
17:20
signed 17:10,25
signing 55:4
simply 53:9
sir 7:24 55:9

site 41:2,7,16,17
41:21
situation 44:5
situations 22:18
30:25
six 24:4 28:13,18
31:6 32:11
36:15 38:10,13
38:19
smart-mouthed
9:18
Smith 2:3,4 4:8
5:20,21,22 6:20
6:22 31:13,21
33:2,24 34:17
35:9 36:4 38:16
38:25 40:11
44:9,19 45:25
48:3,21 49:10
50:5 51:9,12
52:19 53:2 54:4
54:14,17 55:2,8
Soft 40:16
sorry 18:25 22:9
33:1 34:17
37:18 44:2
49:19,24
sort 9:12 10:7
18:18 25:24
28:7
sounds 9:7
source 54:10
South 4:9
speak 8:24 9:5
speaking 9:4
23:11
specific 39:10
Spectrum 8:12
10:16
spell 5:21 6:2
spelled 7:22
spelling 7:20
spring 28:21
36:19,20
Sprint 8:11,12
10:15,16,20,22

10:24 11:13
12:5,14 13:3
14:25 15:14
16:2,7,9,13,15
16:20,23 17:3,5
17:11 18:9 19:3
19:9,12,14,16
20:11 21:19
22:3,11 23:4
26:25 39:2,18
39:25 40:21
43:13,15,19,23
47:4
Sprint's 11:15
14:11,14,20
17:2,18 21:10
21:15,25 29:10
43:16
ss 56:2
stack 43:1
stamp 27:1,11
30:1 31:1,8,17
31:25 32:12,23
33:8,20 34:5,12
34:22 35:15,20
35:23 36:14,21
37:2 39:4 44:6
44:7,15 45:13
47:5,15
stamped 18:22
30:4
stamps 14:12,15
29:10 38:13,20
38:22
standard 28:8,9
30:11 38:2
stapled 15:6
star 47:1
start 7:6,19
started 46:15
starting 14:7
20:18
starts 19:1 21:13
state 24:16 56:2
States 1:1 3:1,15
5:11

Steinkraus 2:3
4:3 6:1,2 9:1
31:12,20 32:25
33:23 34:16
35:8 36:2 38:15
38:24 44:8,17
46:3,4,7,9 48:5
48:23 49:12
50:1,7 51:10,14
52:21 54:3,13
55:12
stenographally
8:20
stenographer
11:9
stenographic 9:9
stenographically
8:20
STIPULATED
6:8
Street 3:13 4:4
strictly 24:14
26:13
strike 24:1
Strohm 1:20 3:10
5:8 6:10,16,21
7:19,21 17:9
45:17 46:1 53:3
53:3 54:17
subject 46:2
subpoena 12:23
13:1,8,22 15:1
17:11 19:4
subpoenas 11:20
subscriber 16:2
21:11 22:19
25:2,9
subscription
15:21 16:1 43:5
suffering 10:7
suggest 38:12
39:2
suggesting 38:7
41:14
Suite 4:4,9
suppose 26:18

sure 9:18 12:16
  21:6 49:21 50:1
  53:5 54:20
surrounding
  40:19
SWAT 14:20
  40:22 41:2,7,16
  41:19 42:6,11
  42:17,19,23
  51:23 52:1,9,14
  53:6,13
SWATs 14:21
  40:15,15 52:3
swear 6:7
switch 27:2,13
  31:2 33:17
  35:21 36:9 37:5
  37:7,11,16,20
  39:5 44:16 45:7
  45:10,13 47:5,7
  47:9,14 48:1,20
  49:9 50:4,19
  51:11,18
sworn 3:10 6:17
  56:7
system 16:21
  22:4 29:10
  43:20 52:14
systems 17:2

          T
take 15:4 40:7
  47:16 49:1
taken 1:21 6:11
  7:1 56:8,12
takes 52:4
talk 37:5 46:20
talked 26:5 46:19
Tampa 1:2 3:2
  3:16 4:9 5:12
  7:5 10:25 30:8
  30:9 40:19
tandem 40:15,16
target 48:15 50:8
  51:4 54:7
tecum 11:20 15:1

TELECONFE...
  1:20 3:9
telephone 12:20
  14:2,3 16:8
  52:10
tell 25:18 32:4,4
  34:25 35:16
  37:11,14 51:16
  51:17
testified 8:5
testify 10:12 12:5
  12:17 13:6
  17:22 18:1
  46:11
testifying 11:14
  11:17
testimony 8:8
  9:20 10:4 11:1
  11:6,10 54:22
  54:23 56:6,7
Texas 28:3
text 40:14
Thank 9:8 11:11
  12:8 13:18
  18:25 21:2
  34:19 36:6 46:4
  46:13 52:21,22
  55:8
thanking 7:6
Thanks 55:11,12
thereto 56:14
thing 30:2
things 9:25 18:6
think 8:18 14:7
  52:21
third 12:10,11
three- 32:15
time 5:5 8:24
  14:12,15 16:22
  17:2 22:6,8
  23:3,8 24:8
  27:1,2,11,12,13
  27:14,21,22,22
  28:1,4,7,12,13
  28:14,17,18,21
  28:22 29:8,9,14

29:16,17,21,25
  29:25 30:1,4,6
  30:10,11,12,16
  31:1,2,2,6,6,8,9
  31:10,10,17,17
  31:18,25 32:11
  32:12,12,13,13
  32:14,17,21,22
  32:23,23 33:8
  33:17,18,20,21
  33:21 34:5,11
  34:13,13,14,22
  35:4,5,7,15,20
  35:21,21,23,24
  36:9,9,12,14,15
  36:16,19,21,23
  37:2,3,5,8,15
  38:2,9,10,12,13
  38:14,19,20,20
  38:21,22,23
  39:4,4,5,8,9,11
  39:11,15,16,20
  44:6,7,15,16
  45:4,13,13,14
  45:16,16,18,25
  46:13,20 47:5,6
  47:7,9,10,15,24
  48:1,1,2,18,20
  49:7,9 50:3,4
  50:17,19 51:6
  51:11,18,18
  52:23 54:18
  55:9
timekeeping 28:9
times 8:2,4,9
  9:13 38:18,22
titled 12:1
today 10:4 12:5
  46:11,20 54:18
  54:25
Today's 5:5
token 9:9
top 40:1
total 24:9
tower 25:24
  29:25 30:5,9

42:17 52:11
  53:8
traditional 25:23
  42:17
traditionally
  47:9
training 39:10,12
transcribed 6:13
tremendously
  11:5
trial 11:7,11
trials 8:5,7
true 20:16
truly 15:25 21:9
  43:5,9
truthful 10:4
truthfully 10:12
trying 9:17
turn 28:24 33:2
  34:1 40:3 48:24
turned 28:16,20
two 39:15
type 17:5 24:9,25
  25:8,11,14,19
  26:3,24 27:9
  30:20,21 32:5,6
  33:12 34:8 35:1
  35:17 36:8,21
  43:24 47:3 48:6
types 11:18 25:3
  39:15,20
typewriting 6:13
  56:9

          U
U.S 14:25 28:17
Uh-huh 43:11
unable 45:22
understand 9:23
  23:2 28:4
understanding
  10:14 13:25,25
  14:5 18:23 26:6
  26:12,17,20
Understood
  27:18

unequivocally
  37:11
unique 41:17
United 1:1 3:1,15
  5:11
usage 25:15 32:8
  33:14 34:9 35:2
  35:18 48:7
use 11:10 27:11
  30:23 40:21
user 27:13 45:19
utilize 29:24
  47:13
utilized 40:17
  42:7 53:13
utilizes 41:19
utilizing 25:25

          V
variation 8:16
varies 23:10
various 11:18
verbal 9:13
verify 27:17
versus 5:9 7:3
  39:8
video 1:20 2:7
  3:9 11:9 12:2
video-recorded
  5:7
videographer
  4:14 5:4,16 6:6
  7:2 55:13
voice 12:20 13:6
  13:11,15 21:4
  22:20
voice-over-WiFi
  25:17,19 27:11
  29:19 30:24
  32:9 33:15
  34:10 35:3,19
  36:8,13,20 37:2
  37:9,21 44:5,13
  44:14 46:21
  48:8 51:19 52:2
  52:4,13

**vs** 1:5 3:5
**VW** 26:2 27:4
**VW-VoWiFi**
  13:16
**VW-VoWiFi.'**
  13:12

___
**W**
**W** 1:24 3:14 4:8
  4:12 6:11 56:4
**wait** 9:2
**waiting** 25:16
**waive** 54:22 55:7
**waived** 6:14
**waiving** 55:5
**want** 8:14 19:19
  26:4 27:8 40:24
  40:24
**wanted** 7:6
**way** 9:3 11:5
  18:13,20 22:15
  27:17 37:7
  42:13,16,24
  44:20 51:21
  53:8
**WC** 25:6
**We'll** 10:20
**we're** 9:3 20:6
  29:2,3
**we've** 12:13 47:1
  51:16
**weekends** 25:6
  30:22 32:8
  33:14 34:9 35:2
  35:18 48:7
**welcome** 52:24
**WiFi** 14:17 25:24
  25:24,25 26:24
  33:16 34:11
  38:6 39:10
  44:22 45:3,14
  45:15 47:3
**Wireless** 8:11
  10:15 40:16
**witness** 6:7,14
  40:10 49:22

52:24 55:1,7,11
  56:5,7
**Wonderful** 10:2
**word** 24:20
**work** 17:16,17
  40:15
**wouldn't** 39:22
  42:22,23,24
  44:25

___
**X**
**X** 2:1

___
**Y**
**Yeah** 24:7 49:23
**year** 20:24 28:12
  35:4 38:11,19

___
**Z**
**Ziegler** 4:3 6:4
  15:14,15
**zone** 28:1,4 29:21
  29:25 30:6
  32:14 37:15
  38:21 45:4

___
**0**
**0004** 17:12
**0006** 15:8
**001** 2:9 15:13,17
**0023** 28:25
**004** 15:13,17
**005** 26:4
**006** 18:17,21
  40:4 41:1 46:23
  51:24
**016** 19:20
**023** 47:17
**024** 48:24
**029** 49:13 50:11
**031** 50:22
**045** 2:9 19:25

___
**1**
**1** 12:24 16:3
  21:12
**1:11** 34:5,12 50:2

50:6
**1:40** 31:25 32:19
  32:23 48:19,22
**10:09** 1:23 3:11
  55:14,15
**100** 4:9 52:16
**11** 2:7
**11:36** 33:8 49:8
  49:11
**11:43** 35:15,23
  51:8,15
**11th** 30:16 31:4
  32:16 47:23
**126** 30:15 47:19
  48:6
**129** 4:4 31:23
  48:9
**12th** 31:24 32:18
  35:14 48:12
  51:2
**13575** 4:4
**15** 2:8 18:21,23
  19:1
**15th** 34:14
**16** 1:22 3:11 20:7
  21:8
**1608** 3:12 4:15
**167** 33:4 49:1
**16th** 5:5 33:8
  34:4,12 49:4,17
  50:2
**17** 20:7
**18** 20:7 23:13,14
**18-month** 23:14
**19** 20:7
**1st** 21:13,23 43:6

___
**2**
**2** 13:10
**20** 8:4 20:7
**200** 8:9
**2014** 16:4 21:12
  21:18,23 29:6
  31:5 32:11 43:7
**2015** 20:20,21,22
  20:24 21:12,18

21:23 43:7
  47:23 48:12
  49:4,17,23 50:2
  50:14 51:2
**2016** 16:4 43:8
**2017** 1:22 3:11
  5:5 15:2
**21** 20:18
**23** 2:10 30:15
**23rd** 34:21 35:7
  50:14
**24** 33:4
**27** 20:18
**28** 20:19
**29** 34:1

___
**3**
**3:13** 35:7
**3:50** 31:11,19
**30** 20:19
**30th** 43:7
**31** 20:20 35:11
**31st** 21:12,14,23
**33** 20:21
**33602** 4:9
**33760** 4:4
**34** 20:21
**37** 20:22
**38** 20:23
**39** 19:24

___
**4**
**41** 20:23
**42** 20:24 35:12
  50:24 51:1,7
**45** 19:23 20:24
  21:9
**45-page** 15:6
**452-4687** 12:21
  14:3 16:3 20:10
  21:11 29:5 33:7
  43:6 45:20
**46** 2:3
**4687** 21:15 24:17
  24:21 33:10
  48:15 50:8 51:4

**4687-1** 13:21

___
**5**
**5** 14:7 18:22 19:1
**5:36** 33:22
**5:43** 35:25
**500** 4:9
**53** 2:4 34:2 49:15
  49:16,18 50:1
**58th** 4:4

___
**6**
**6** 2:3
**617** 1:24 3:14
  4:12 56:5
**64106** 4:16

___
**7**
**7** 16:4
**7:11** 34:17
**7:40** 32:15,16
  33:1
**727** 12:21 14:3
  16:3 20:10
  21:11 29:5 33:7
  43:6 45:20
**727.362.4778** 4:5
**727.538.4188** 4:5
**7th** 15:2 43:8

___
**8**
**8:11** 34:15
**8:16-cv-2999-...**
  1:6 3:5 5:10
**8:56** 1:23 3:11
  5:1,6
**813.276.1662**
  4:10
**813.276.1956**
  4:10
**816.221.1151**
  4:17
**816.221.1160**
  4:16
**84** 34:20 50:11
  50:15
**844-335-5695**

51:5
**888-745-2315**
48:17 49:6 50:9
50:16

---
**9**
---
**9:13** 34:22 35:5
50:18,20
**9:50** 30:17 31:9
47:25 48:4